# **EXHIBIT "B"**

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 753728 | 04/25/03 | 05/01/03 | 241,894.72 | 270.00 | 03PTX-S017 | 04/10/03 |
| | | | | 299.00 | 03PTX-S018 | 04/10/03 |
| | | | | 2,957.20 | 15768 | 04/15/03 |
| | | | | 5,312.16 | 15769 | 04/15/03 |
| | | | | 559.36 | 15770 | 04/15/03 |
| | | | | 552.20 | 15771 | 04/15/03 |
| | | | | 243.20 | 15772 | 04/15/03 |
| | | | | 16,524.00 | 15773 | 04/15/03 |
| | | | | 343.20 | 15774 | 04/15/03 |
| | | | | 725.80 | 15775 | 04/15/03 |
| | | | | 1,214.00 | 15776 | 04/15/03 |
| | | | | 630.00 | 15777 | 04/15/03 |
| | | | | 1,974.99 | 15778 | 04/15/03 |
| | | | | 448.80 | 15779 | 04/15/03 |
| | | | | 812.00 | 15780 | 04/15/03 |
| | | | | 1,819.00 | 15781 | 04/15/03 |
| | | | | 648.00 | 15782 | 04/15/03 |
| | | | | 2,384.00 | 15783 | 04/15/03 |
| | | | | 465.60 | 15784 | 04/15/03 |
| | | | | 4,558.40 | 15785 | 04/15/03 |
| | | | | 7,406.10 | 15786 | 04/15/03 |
| | | | | 1,096.00 | 15787 | 04/15/03 |
| | | | | 219.20 | 15788 | 04/15/03 |
| | | | | 11,188.00 | 15789 | 04/15/03 |
| | | | | 7,032.00 | 15790 | 04/15/03 |
| | | | | 582.90 | 15791 | 04/15/03 |
| | | | | 1,054.80 | 15792 | 04/15/03 |
| | | | | 1,494.44 | 15793 | 04/15/03 |
| | | | | 2,444.20 | 15794 | 04/15/03 |
| | | | | 1,999.20 | 15795 | 04/15/03 |
| | | | | 519.20 | 15796 | 04/15/03 |
| | | | | 10,168.00 | 15797 | 04/15/03 |
| | | | | 409.50 | 15798 | 04/15/03 |
| | | | | 837.54 | 15799 | 04/15/03 |
| | | | | 566.96 | 15800 | 04/15/03 |
| | | | | 484.88 | 15801 | 04/15/03 |
| | | | | 406.00 | 15802 | 04/15/03 |
| | | | | 448.80 | 15803 | 04/15/03 |
| | | | | 6,456.60 | 15804 | 04/15/03 |
| | | | | 881.10 | 15805 | 04/15/03 |
| | | | | 1,465.80 | 15806 | 04/15/03 |
| | | | | 310.20 | 15807 | 04/15/03 |
| | | | | 309.40 | 15808 | 04/15/03 |
| | | | | 714.40 | 15809 | 04/15/03 |
| | | | | 747.50 | 15810 | 04/15/03 |
| | | | | 1,276.40 | 15811 | 04/15/03 |
| | | | | 329.40 | 15812 | 04/15/03 |
| | | | | 558.36 | 15813 | 04/15/03 |
| | | | | 558.36 | 15814 | 04/15/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 753728 (cont) | 04/25/03 | 05/01/03 | | 467.84 | 15815 | 04/15/03 |
| | | | | 640.44 | 15816 | 04/15/03 |
| | | | | 792.30 | 15817 | 04/15/03 |
| | | | | 1,250.56 | 15818 | 04/15/03 |
| | | | | 448.80 | 15819 | 04/15/03 |
| | | | | 927.90 | 15820 | 04/15/03 |
| | | | | 993.08 | 15821 | 04/15/03 |
| | | | | 878.40 | 15822 | 04/15/03 |
| | | | | 1,725.64 | 15823 | 04/15/03 |
| | | | | 145.80 | 15824 | 04/15/03 |
| | | | | 426.96 | 15825 | 04/15/03 |
| | | | | 648.00 | 15826 | 04/15/03 |
| | | | | 549.12 | 15827 | 04/15/03 |
| | | | | 1,279.80 | 15828 | 04/15/03 |
| | | | | 4,516.20 | 15829 | 04/15/03 |
| | | | | 146.40 | 15830 | 04/15/03 |
| | | | | 1,244.12 | 15831 | 04/15/03 |
| | | | | 1,929.60 | 15832 | 04/15/03 |
| | | | | 442.44 | 15833 | 04/15/03 |
| | | | | 448.80 | 15834 | 04/15/03 |
| | | | | 566.96 | 15835 | 04/15/03 |
| | | | | 310.20 | 15836 | 04/15/03 |
| | | | | 1,836.00 | 15837 | 04/15/03 |
| | | | | 2,065.50 | 15838 | 04/15/03 |
| | | | | 149.10 | 15839 | 04/15/03 |
| | | | | 4,797.40 | 15840 | 04/15/03 |
| | | | | 385.20 | 15841 | 04/15/03 |
| | | | | 1,005.00 | 15842 | 04/15/03 |
| | | | | 466.08 | 15843 | 04/15/03 |
| | | | | 1,937.00 | 15844 | 04/15/03 |
| | | | | 1,921.12 | 15845 | 04/15/03 |
| | | | | 1,725.64 | 15846 | 04/15/03 |
| | | | | 1,687.00 | 15847 | 04/15/03 |
| | | | | 566.96 | 15848 | 04/15/03 |
| | | | | 426.96 | 15849 | 04/15/03 |
| | | | | 429.00 | 15850 | 04/15/03 |
| | | | | 566.96 | 15851 | 04/15/03 |
| | | | | 401.64 | 15852 | 04/15/03 |
| | | | | 3,240.00 | 15853 | 04/15/03 |
| | | | | 4,860.00 | 15854 | 04/15/03 |
| | | | | 8,709.32 | 15855 | 04/15/03 |
| | | | | 900.32 | 15856 | 04/15/03 |
| | | | | 620.80 | 15857 | 04/15/03 |
| | | | | 271.20 | 15858 | 04/15/03 |
| | | | | 2,235.00 | 15859 | 04/15/03 |
| | | | | 4,595.40 | 15860 | 04/15/03 |
| | | | | 3,952.30 | 15861 | 04/15/03 |
| | | | | 592.00 | 15862 | 04/15/03 |
| | | | | 114.40 | 15863 | 04/15/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 753728 (cont) | 04/25/03 | 05/01/03 | | 219.20 | 15864 | 04/15/03 |
| | | | | 401.64 | 15865 | 04/15/03 |
| | | | | 381.78 | 15866 | 04/15/03 |
| | | | | 673.20 | 15867 | 04/15/03 |
| | | | | 640.44 | 15868 | 04/15/03 |
| | | | | 640.44 | 15869 | 04/15/03 |
| | | | | 1,129.60 | 15870 | 04/15/03 |
| | | | | 1,094.40 | 15871 | 04/15/03 |
| | | | | 1,725.64 | 15872 | 04/15/03 |
| | | | | 586.20 | 15873 | 04/15/03 |
| | | | | 448.50 | 15874 | 04/15/03 |
| | | | | 288.60 | 15875 | 04/15/03 |
| | | | | 145.80 | 15876 | 04/15/03 |
| | | | | 694.50 | 15877 | 04/15/03 |
| | | | | 680.80 | 15878 | 04/15/03 |
| | | | | 548.60 | 15879 | 04/15/03 |
| | | | | 247.65 | 15880 | 04/15/03 |
| | | | | 152.90 | 15881 | 04/15/03 |
| | | | | 149.10 | 15882 | 04/15/03 |
| | | | | 487.20 | 15883 | 04/15/03 |
| | | | | 2,904.00 | 15884 | 04/15/03 |
| | | | | 109.60 | 15885 | 04/15/03 |
| | | | | 633.60 | 15886 | 04/15/03 |
| | | | | 455.00 | 15887 | 04/15/03 |
| | | | | 1,853.00 | 15888 | 04/15/03 |
| | | | | 2,524.50 | 15889 | 04/15/03 |
| | | | | 1,194.44 | 15890 | 04/15/03 |
| | | | | 1,002.30 | 15891 | 04/15/03 |
| | | | | 955.20 | 15892 | 04/15/03 |
| | | | | 477.60 | 15893 | 04/15/03 |
| | | | | 287.28 | 15894 | 04/15/03 |
| | | | | 465.60 | 15895 | 04/15/03 |
| | | | | 200.20 | 15896 | 04/15/03 |
| | | | | 1,488.00 | 15897 | 04/15/03 |
| | | | | 853.92 | 15898 | 04/15/03 |
| | | | | 222.50 | 15899 | 04/15/03 |
| | | | | 3,610.64 | 15900 | 04/15/03 |
| | | | | 239.40 | 15901 | 04/15/03 |
| | | | | 571.20 | 15902 | 04/15/03 |
| | | | | 704.00 | 15903 | 04/15/03 |
| | | | | 380.70 | 15904 | 04/15/03 |
| | | | | 508.20 | 15905 | 04/15/03 |
| | | | | 200.20 | 15906 | 04/15/03 |
| | | | | 275.40 | 15907 | 04/15/03 |
| | | | | 444.40 | 15908 | 04/15/03 |
| | | | | 5,035.77 | 15909 | 04/15/03 |
| | | | | 310.40 | 15910 | 04/15/03 |
| | | | | 897.60 | 15911 | 04/15/03 |
| | | | | 510.30 | 15912 | 04/15/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 753728 (cont) | 04/25/03 | 05/01/03 | | 1,246.38 | 15913 | 04/15/03 |
| | | | | 356.00 | 15914 | 04/15/03 |
| | | | | 4,061.44 | 15915 | 04/15/03 |
| | | | | 436.80 | 15916 | 04/15/03 |
| | | | | 1,244.60 | 15917 | 04/15/03 |
| | | | | 633.95 | 15918 | 04/15/03 |
| | | | | 1,430.40 | 15919 | 04/15/03 |
| | | | | 150.40 | 15920 | 04/15/03 |
| | | | | 1,670.50 | 15921 | 04/15/03 |
| | | | | 1,774.50 | 15922 | 04/15/03 |
| | | | | 327.24 | 15923 | 04/15/03 |
| | | | | 401.64 | 15924 | 04/15/03 |
| | | | | 222.72 | 15925 | 04/15/03 |
| | | | | 548.80 | 15926 | 04/15/03 |
| | | | | 668.20 | 15927 | 04/15/03 |
| | | | | 138.90 | 15928 | 04/15/03 |
| | | | | 163.62 | 15929 | 04/15/03 |
| | | | | 486.08 | 15930 | 04/15/03 |
| | | | | 248.00 | 15931 | 04/15/03 |
| | | | | 510.00 | 15932 | 04/15/03 |
| | | | | 340.40 | 15933 | 04/15/03 |
| | | | | 444.40 | 15934 | 04/15/03 |
| | | | | 2,207.00 | 15935 | 04/15/03 |
| | | | | 189.00 | 15936 | 04/15/03 |
| | | | | 508.80 | 15937 | 04/15/03 |
| | | | | 558.36 | 15938 | 04/15/03 |
| | | | | 566.96 | 15939 | 04/15/03 |
| | | | | 430.92 | 15940 | 04/15/03 |
| | | | | 878.40 | 15941 | 04/15/03 |
| | | | | 438.70 | 15942 | 04/15/03 |
| | | | | 370.60 | 15943 | 04/15/03 |
| | | | | 566.96 | 15944 | 04/15/03 |
| | | | | 362.90 | 15945 | 04/15/03 |
| | | | | 717.20 | 15946 | 04/15/03 |
| Total | | | 241,894.72 | 241,894.72 | | |
| 754481 | 04/30/03 | 05/02/03 | 713.30 | 311.50 | 03PTX-S019 | 04/20/03 |
| | | | | 401.80 | 03PTX-S020 | 04/20/03 |
| Total | | | 713.30 | 713.30 | | |
| 754788 | 05/01/03 | 05/05/03 | 225,860.96 | 657.90 | 16001 | 04/21/03 |
| | | | | 350.56 | 16002 | 04/21/03 |
| | | | | 1,687.00 | 16003 | 04/21/03 |
| | | | | 8,208.00 | 16004 | 04/21/03 |
| | | | | 1,046.50 | 16006 | 04/21/03 |
| | | | | 209.40 | 16007 | 04/21/03 |
| | | | | 694.50 | 16008 | 04/21/03 |
| | | | | 304.50 | 16009 | 04/21/03 |
| | | | | 133.88 | 16010 | 04/21/03 |
| | | | | 2,752.20 | 16011 | 04/21/03 |
| | | | | 2,024.40 | 16012 | 04/21/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 754788 (cont) | 05/01/03 | 05/05/03 | | 602.46 | 16013 | 04/21/03 |
| | | | | 414.40 | 16014 | 04/21/03 |
| | | | | 4,104.00 | 16015 | 04/21/03 |
| | | | | 1,630.20 | 16016 | 04/21/03 |
| | | | | 1,196.00 | 16017 | 04/21/03 |
| | | | | 381.78 | 16019 | 04/21/03 |
| | | | | 4,651.50 | 16020 | 04/21/03 |
| | | | | 1,624.00 | 16021 | 04/21/03 |
| | | | | 2,467.76 | 16022 | 04/21/03 |
| | | | | 2,662.84 | 16023 | 04/21/03 |
| | | | | 1,116.72 | 16024 | 04/21/03 |
| | | | | 2,112.80 | 16025 | 04/21/03 |
| | | | | 931.20 | 16026 | 04/21/03 |
| | | | | 363.80 | 16027 | 04/21/03 |
| | | | | 3,289.00 | 16028 | 04/21/03 |
| | | | | 278.64 | 16029 | 04/21/03 |
| | | | | 2,392.00 | 16030 | 04/21/03 |
| | | | | 897.00 | 16031 | 04/21/03 |
| | | | | 1,345.50 | 16032 | 04/21/03 |
| | | | | 350.00 | 16033 | 04/21/03 |
| | | | | 327.00 | 16034 | 04/21/03 |
| | | | | 3,141.60 | 16035 | 04/21/03 |
| | | | | 1,280.88 | 16036 | 04/21/03 |
| | | | | 2,146.80 | 16037 | 04/21/03 |
| | | | | 447.00 | 16038 | 04/21/03 |
| | | | | 2,853.76 | 16039 | 04/21/03 |
| | | | | 1,783.60 | 16040 | 04/21/03 |
| | | | | 3,276.00 | 16041 | 04/21/03 |
| | | | | 1,107.00 | 16042 | 04/21/03 |
| | | | | 1,456.50 | 16043 | 04/21/03 |
| | | | | 725.80 | 16044 | 04/21/03 |
| | | | | 1,668.80 | 16045 | 04/21/03 |
| | | | | 448.80 | 16046 | 04/21/03 |
| | | | | 182.40 | 16047 | 04/21/03 |
| | | | | 1,199.88 | 16048 | 04/21/03 |
| | | | | 2,791.80 | 16049 | 04/21/03 |
| | | | | 414.40 | 16050 | 04/21/03 |
| | | | | 414.40 | 16051 | 04/21/03 |
| | | | | 170.20 | 16052 | 04/21/03 |
| | | | | 310.20 | 16053 | 04/21/03 |
| | | | | 149.10 | 16054 | 04/21/03 |
| | | | | 214.00 | 16055 | 04/21/03 |
| | | | | 665.00 | 16056 | 04/21/03 |
| | | | | 592.80 | 16057 | 04/21/03 |
| | | | | 972.80 | 16058 | 04/21/03 |
| | | | | 1,944.00 | 16059 | 04/21/03 |
| | | | | 2,551.32 | 16060 | 04/21/03 |
| | | | | 1,884.80 | 16061 | 04/21/03 |
| | | | | 1,291.41 | 16062 | 04/21/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 754788 (cont) | 05/01/03 | 05/05/03 | | 2,028.00 | 16063 | 04/21/03 |
| | | | | 426.96 | 16064 | 04/21/03 |
| | | | | 630.00 | 16065 | 04/21/03 |
| | | | | 361.20 | 16066 | 04/21/03 |
| | | | | 558.36 | 16067 | 04/21/03 |
| | | | | 448.80 | 16068 | 04/21/03 |
| | | | | 438.60 | 16069 | 04/21/03 |
| | | | | 150.40 | 16070 | 04/21/03 |
| | | | | 327.24 | 16071 | 04/21/03 |
| | | | | 310.40 | 16072 | 04/21/03 |
| | | | | 1,687.00 | 16073 | 04/21/03 |
| | | | | 208.35 | 16074 | 04/21/03 |
| | | | | 767.60 | 16075 | 04/21/03 |
| | | | | 256.50 | 16076 | 04/21/03 |
| | | | | 803.28 | 16077 | 04/21/03 |
| | | | | 626.94 | 16078 | 04/21/03 |
| | | | | 397.80 | 16079 | 04/21/03 |
| | | | | 465.00 | 16080 | 04/21/03 |
| | | | | 701.12 | 16081 | 04/21/03 |
| | | | | 948.50 | 16082 | 04/21/03 |
| | | | | 331.00 | 16083 | 04/21/03 |
| | | | | 714.40 | 16084 | 04/21/03 |
| | | | | 438.40 | 16085 | 04/21/03 |
| | | | | 713.44 | 16086 | 04/21/03 |
| | | | | 417.96 | 16087 | 04/21/03 |
| | | | | 1,776.00 | 16088 | 04/21/03 |
| | | | | 508.80 | 16089 | 04/21/03 |
| | | | | 1,836.00 | 16090 | 04/21/03 |
| | | | | 569.70 | 16091 | 04/21/03 |
| | | | | 630.00 | 16092 | 04/21/03 |
| | | | | 293.10 | 16093 | 04/21/03 |
| | | | | 10,044.00 | 16094 | 04/21/03 |
| | | | | 704.00 | 16095 | 04/21/03 |
| | | | | 608.00 | 16096 | 04/21/03 |
| | | | | 4,193.20 | 16097 | 04/21/03 |
| | | | | 380.70 | 16098 | 04/21/03 |
| | | | | 739.48 | 16099 | 04/21/03 |
| | | | | 264.10 | 16100 | 04/21/03 |
| | | | | 402.89 | 16101 | 04/21/03 |
| | | | | 279.18 | 16102 | 04/21/03 |
| | | | | 426.96 | 16103 | 04/21/03 |
| | | | | 860.94 | 16104 | 04/21/03 |
| | | | | 4,073.16 | 16105 | 04/21/03 |
| | | | | 538.20 | 16106 | 04/21/03 |
| | | | | 294.90 | 16107 | 04/21/03 |
| | | | | 577.28 | 16108 | 04/21/03 |
| | | | | 413.28 | 16109 | 04/21/03 |
| | | | | 1,047.00 | 16110 | 04/21/03 |
| | | | | 2,893.32 | 16111 | 04/21/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 754788 (cont) | 05/01/03 | 05/05/03 | | 3,240.00 | 16112 | 04/21/03 |
| | | | | 243.04 | 16113 | 04/21/03 |
| | | | | 9,841.80 | 16114 | 04/21/03 |
| | | | | 3,949.40 | 16115 | 04/21/03 |
| | | | | 448.80 | 16116 | 04/21/03 |
| | | | | 224.40 | 16117 | 04/21/03 |
| | | | | 1,142.40 | 16118 | 04/21/03 |
| | | | | 294.40 | 16119 | 04/21/03 |
| | | | | 1,070.16 | 16120 | 04/21/03 |
| | | | | 310.40 | 16121 | 04/21/03 |
| | | | | 2,194.29 | 16122 | 04/21/03 |
| | | | | 378.00 | 16123 | 04/21/03 |
| | | | | 3,865.96 | 16124 | 04/21/03 |
| | | | | 412.52 | 16125 | 04/21/03 |
| | | | | 274.56 | 16126 | 04/21/03 |
| | | | | 401.64 | 16127 | 04/21/03 |
| | | | | 1,392.00 | 16128 | 04/21/03 |
| | | | | 948.04 | 16129 | 04/21/03 |
| | | | | 448.50 | 16130 | 04/21/03 |
| | | | | 328.80 | 16131 | 04/21/03 |
| | | | | 2,497.04 | 16132 | 04/21/03 |
| | | | | 725.80 | 16133 | 04/21/03 |
| | | | | 2,218.40 | 16134 | 04/21/03 |
| | | | | 888.80 | 16135 | 04/21/03 |
| | | | | 1,478.60 | 16136 | 04/21/03 |
| | | | | 1,002.30 | 16137 | 04/21/03 |
| | | | | 828.80 | 16138 | 04/21/03 |
| | | | | 379.80 | 16139 | 04/21/03 |
| | | | | 465.00 | 16140 | 04/21/03 |
| | | | | 510.00 | 16141 | 04/21/03 |
| | | | | 505.20 | 16142 | 04/21/03 |
| | | | | 931.20 | 16143 | 04/21/03 |
| | | | | 275.40 | 16144 | 04/21/03 |
| | | | | 954.45 | 16145 | 04/21/03 |
| | | | | 571.20 | 16146 | 04/21/03 |
| | | | | 338.56 | 16147 | 04/21/03 |
| | | | | 466.44 | 16148 | 04/21/03 |
| | | | | 657.90 | 16150 | 04/21/03 |
| | | | | 1,004.10 | 16151 | 04/21/03 |
| | | | | 704.00 | 16152 | 04/21/03 |
| | | | | 621.00 | 16153 | 04/21/03 |
| | | | | 426.96 | 16154 | 04/21/03 |
| | | | | 1,122.00 | 16155 | 04/21/03 |
| | | | | 566.96 | 16156 | 04/21/03 |
| | | | | 6,480.00 | 16157 | 04/21/03 |
| | | | | 438.90 | 16158 | 04/21/03 |
| | | | | 714.40 | 16159 | 04/21/03 |
| | | | | 630.00 | 16160 | 04/21/03 |
| | | | | 459.00 | 16161 | 04/21/03 |