# EXHIBIT "B" (Part 2 of 6)

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 754788 (cont) | 05/01/03 | 05/05/03 | | 769.50 | 16162 | 04/21/03 |
| | | | | 146.30 | 16163 | 04/21/03 |
| | | | | 1,122.00 | 16164 | 04/21/03 |
| | | | | 429.00 | 16165 | 04/21/03 |
| | | | | 558.36 | 16166 | 04/21/03 |
| | | | | 1,700.88 | 16167 | 04/21/03 |
| | | | | 239.40 | 16168 | 04/21/03 |
| | | | | 243.04 | 16169 | 04/21/03 |
| | | | | 1,430.40 | 16170 | 04/21/03 |
| | | | | 1,336.40 | 16171 | 04/21/03 |
| | | | | 192.00 | 16172 | 04/21/03 |
| | | | | 877.80 | 16173 | 04/21/03 |
| | | | | 201.00 | 16174 | 04/21/03 |
| | | | | 146.30 | 16175 | 04/21/03 |
| | | | | 528.00 | 16176 | 04/21/03 |
| | | | | 114.40 | 16177 | 04/21/03 |
| | | | | 1,921.32 | 16178 | 04/21/03 |
| | | | | 175.56 | 16179 | 04/21/03 |
| | | | | 5,508.00 | 16180 | 04/21/03 |
| | | | | 1,513.44 | 16181 | 04/21/03 |
| | | | | 2,439.08 | 16182 | 04/21/03 |
| | | | | 583.32 | 16183 | 04/21/03 |
| | | | | 303.50 | 16184 | 04/21/03 |
| | | | | 566.96 | 16185 | 04/21/03 |
| | | | | 448.80 | 16186 | 04/21/03 |
| | | | | 448.50 | 16187 | 04/21/03 |
| | | | | 729.12 | 16188 | 04/21/03 |
| | | | | 278.64 | 16189 | 04/21/03 |
| | | | | 688.80 | 16190 | 04/21/03 |
| | | | | 697.50 | 16191 | 04/21/03 |
| | | | | 2,448.39 | 16192 | 04/21/03 |
| Total | | | 225,860.96 | 225,860.96 | | |
| 754974 | 05/02/03 | 05/06/03 | 102,251.88 | 747.50 | 16193 | 04/22/03 |
| | | | | 169.92 | 16199 | 04/22/03 |
| | | | | 294.70 | 16200 | 04/22/03 |
| | | | | 6,140.80 | 16201 | 04/22/03 |
| | | | | 803.28 | 16202 | 04/22/03 |
| | | | | 22,051.20 | 16203 | 04/22/03 |
| | | | | 369.00 | 16204 | 04/22/03 |
| | | | | 812.00 | 16205 | 04/22/03 |
| | | | | 232.50 | 16206 | 04/22/03 |
| | | | | 362.90 | 16207 | 04/22/03 |
| | | | | 542.40 | 16208 | 04/22/03 |
| | | | | 271.20 | 16209 | 04/22/03 |
| | | | | 7,628.80 | 16210 | 04/22/03 |
| | | | | 1,620.00 | 16211 | 04/22/03 |
| | | | | 614.25 | 16212 | 04/22/03 |
| | | | | 843.50 | 16213 | 04/22/03 |
| | | | | 1,142.10 | 16214 | 04/22/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 754974 (cont) | 05/02/03 | 05/06/03 | | 2,892.50 | 16215 | 04/22/03 |
| | | | | 1,333.20 | 16216 | 04/22/03 |
| | | | | 120.64 | 16217 | 04/22/03 |
| | | | | 2,361.80 | 16218 | 04/22/03 |
| | | | | 447.00 | 16219 | 04/22/03 |
| | | | | 3,774.80 | 16220 | 04/22/03 |
| | | | | 1,338.80 | 16221 | 04/22/03 |
| | | | | 877.80 | 16222 | 04/22/03 |
| | | | | 633.40 | 16223 | 04/22/03 |
| | | | | 10,435.20 | 16224 | 04/22/03 |
| | | | | 364.56 | 16225 | 04/22/03 |
| | | | | 721.76 | 16226 | 04/22/03 |
| | | | | 175.56 | 16227 | 04/22/03 |
| | | | | 184.00 | 16228 | 04/22/03 |
| | | | | 510.00 | 16229 | 04/22/03 |
| | | | | 1,529.88 | 16231 | 04/22/03 |
| | | | | 2,720.52 | 16232 | 04/22/03 |
| | | | | 2,556.80 | 16233 | 04/22/03 |
| | | | | 477.60 | 16234 | 04/22/03 |
| | | | | 902.88 | 16235 | 04/22/03 |
| | | | | 1,713.75 | 16236 | 04/22/03 |
| | | | | 434.88 | 16237 | 04/22/03 |
| | | | | 444.60 | 16238 | 04/22/03 |
| | | | | 732.80 | 16239 | 04/22/03 |
| | | | | 826.20 | 16240 | 04/22/03 |
| | | | | 357.20 | 16241 | 04/22/03 |
| | | | | 620.80 | 16242 | 04/22/03 |
| | | | | 1,395.90 | 16243 | 04/22/03 |
| | | | | 3,725.00 | 16244 | 04/22/03 |
| | | | | 12,996.00 | 16245 | 04/22/03 |
| Total | | | 102,251.88 | 102,251.88 | | |
| 755102 | 05/02/03 | 05/06/03 | 422,424.19 | 123,786.90 | 16194 | 04/22/03 |
| | | | | 5,747.50 | 16195 | 04/22/03 |
| | | | | 37,840.00 | 16196 | 04/22/03 |
| | | | | 23,886.54 | 16197 | 04/22/03 |
| | | | | 26,568.00 | 16198 | 04/22/03 |
| | | | | 204,595.25 | AGED INVEN | 05/01/03 |
| Total | | | 422,424.19 | 422,424.19 | | |
| 17721 | 05/06/03 | 05/06/03 | 213,662.20 | 40,466.20 | 94SSI0215PINTLWIRE | 04/21/03 |
| | | | | 4,596.00 | 94SSI0216PINTLWIRE | 04/21/03 |
| | | | | 53,100.00 | 94SSI0230PINTLWIRE | 04/28/03 |
| | | | | 115,500.00 | 94SSI0231PINTLWIRE | 04/28/03 |
| Total | | | 213,662.20 | 213,662.20 | | |
| 755363 | 05/05/03 | 05/07/03 | 180,042.92 | 439.20 | 16246 | 04/23/03 |
| | | | | 640.44 | 16247 | 04/23/03 |
| | | | | 234.00 | 16248 | 04/23/03 |
| | | | | 549.12 | 16249 | 04/23/03 |
| | | | | 2,218.40 | 16250 | 04/23/03 |
| | | | | 396.00 | 16251 | 04/23/03 |

Pillowtex Corporation Preference Analysis  
Preference Period May 1, 2003 to July 30, 2003  
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 755363 (cont) | 05/05/03 | 05/07/03 | | 409.50 | 16252 | 04/23/03 |
| | | | | 3,836.10 | 16253 | 04/23/03 |
| | | | | 1,430.40 | 16254 | 04/23/03 |
| | | | | 198.40 | 16255 | 04/23/03 |
| | | | | 421.75 | 16256 | 04/23/03 |
| | | | | 361.20 | 16257 | 04/23/03 |
| | | | | 435.60 | 16258 | 04/23/03 |
| | | | | 324.00 | 16259 | 04/23/03 |
| | | | | 316.80 | 16260 | 04/23/03 |
| | | | | 3,649.01 | 16261 | 04/23/03 |
| | | | | 7,450.00 | 16262 | 04/23/03 |
| | | | | 1,188.20 | 16263 | 04/23/03 |
| | | | | 212.00 | 16264 | 04/23/03 |
| | | | | 184.00 | 16265 | 04/23/03 |
| | | | | 4,104.00 | 16266 | 04/23/03 |
| | | | | 4,681.80 | 16267 | 04/23/03 |
| | | | | 1,624.00 | 16268 | 04/23/03 |
| | | | | 2,002.50 | 16269 | 04/23/03 |
| | | | | 184.00 | 16270 | 04/23/03 |
| | | | | 446.40 | 16271 | 04/23/03 |
| | | | | 222.20 | 16272 | 04/23/03 |
| | | | | 658.80 | 16273 | 04/23/03 |
| | | | | 888.80 | 16274 | 04/23/03 |
| | | | | 158.10 | 16275 | 04/23/03 |
| | | | | 298.20 | 16276 | 04/23/03 |
| | | | | 1,320.00 | 16277 | 04/23/03 |
| | | | | 417.96 | 16278 | 04/23/03 |
| | | | | 1,110.20 | 16279 | 04/23/03 |
| | | | | 289.80 | 16280 | 04/23/03 |
| | | | | 337.40 | 16281 | 04/23/03 |
| | | | | 1,012.80 | 16282 | 04/23/03 |
| | | | | 1,028.80 | 16283 | 04/23/03 |
| | | | | 145.50 | 16284 | 04/23/03 |
| | | | | 144.00 | 16285 | 04/23/03 |
| | | | | 592.00 | 16286 | 04/23/03 |
| | | | | 264.10 | 16287 | 04/23/03 |
| | | | | 1,101.60 | 16288 | 04/23/03 |
| | | | | 256.50 | 16289 | 04/23/03 |
| | | | | 109.08 | 16290 | 04/23/03 |
| | | | | 1,057.92 | 16291 | 04/23/03 |
| | | | | 400.40 | 16292 | 04/23/03 |
| | | | | 1,384.40 | 16293 | 04/23/03 |
| | | | | 780.80 | 16294 | 04/23/03 |
| | | | | 4,317.42 | 16295 | 04/23/03 |
| | | | | 1,147.50 | 42403 | 04/24/03 |
| | | | | 726.00 | 16296 | 04/24/03 |
| | | | | 1,051.20 | 16297 | 04/24/03 |
| | | | | 2,444.20 | 16298 | 04/24/03 |
| | | | | 1,926.40 | 16299 | 04/24/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 755363 (cont) | 05/05/03 | 05/07/03 | | 887.80 | 16300 | 04/24/03 |
| | | | | 4,917.00 | 16301 | 04/24/03 |
| | | | | 309.40 | 16302 | 04/24/03 |
| | | | | 310.20 | 16303 | 04/24/03 |
| | | | | 133.88 | 16304 | 04/24/03 |
| | | | | 975.24 | 16305 | 04/24/03 |
| | | | | 598.00 | 16306 | 04/24/03 |
| | | | | 370.60 | 16307 | 04/24/03 |
| | | | | 1,496.64 | 16308 | 04/24/03 |
| | | | | 379.80 | 16309 | 04/24/03 |
| | | | | 988.40 | 16310 | 04/24/03 |
| | | | | 289.80 | 16311 | 04/24/03 |
| | | | | 4,212.10 | 16312 | 04/24/03 |
| | | | | 414.40 | 16313 | 04/24/03 |
| | | | | 1,345.50 | 16314 | 04/24/03 |
| | | | | 897.00 | 16315 | 04/24/03 |
| | | | | 535.52 | 16316 | 04/24/03 |
| | | | | 278.64 | 16317 | 04/24/03 |
| | | | | 877.80 | 16318 | 04/24/03 |
| | | | | 408.00 | 16319 | 04/24/03 |
| | | | | 1,179.84 | 16320 | 04/24/03 |
| | | | | 200.82 | 16321 | 04/24/03 |
| | | | | 715.20 | 16322 | 04/24/03 |
| | | | | 877.20 | 16323 | 04/24/03 |
| | | | | 2,257.20 | 16324 | 04/24/03 |
| | | | | 2,936.48 | 16325 | 04/24/03 |
| | | | | 362.90 | 16326 | 04/24/03 |
| | | | | 1,192.00 | 16327 | 04/24/03 |
| | | | | 244.40 | 16328 | 04/24/03 |
| | | | | 701.12 | 16329 | 04/24/03 |
| | | | | 1,081.56 | 16330 | 04/24/03 |
| | | | | 602.46 | 16331 | 04/24/03 |
| | | | | 267.76 | 16332 | 04/24/03 |
| | | | | 451.44 | 16333 | 04/24/03 |
| | | | | 1,107.00 | 16334 | 04/24/03 |
| | | | | 228.80 | 16335 | 04/24/03 |
| | | | | 4,350.80 | 16336 | 04/24/03 |
| | | | | 444.40 | 16337 | 04/24/03 |
| | | | | 722.40 | 16338 | 04/24/03 |
| | | | | 761.40 | 16339 | 04/24/03 |
| | | | | 948.50 | 16340 | 04/24/03 |
| | | | | 528.20 | 16341 | 04/24/03 |
| | | | | 8,436.00 | 16342 | 04/24/03 |
| | | | | 1,004.10 | 16343 | 04/24/03 |
| | | | | 417.96 | 16344 | 04/24/03 |
| | | | | 959.64 | 16345 | 04/24/03 |
| | | | | 2,000.30 | 16346 | 04/24/03 |
| | | | | 1,606.56 | 16347 | 04/24/03 |
| | | | | 1,071.60 | 16348 | 04/24/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 755363 (cont) | 05/05/03 | 05/07/03 | | 3,813.30 | 16349 | 04/24/03 |
| | | | | 745.00 | 16350 | 04/24/03 |
| | | | | 339.34 | 16351 | 04/24/03 |
| | | | | 548.60 | 16352 | 04/24/03 |
| | | | | 144.00 | 16353 | 04/24/03 |
| | | | | 983.80 | 16354 | 04/24/03 |
| | | | | 192.00 | 16355 | 04/24/03 |
| | | | | 414.40 | 16356 | 04/24/03 |
| | | | | 170.20 | 16357 | 04/24/03 |
| | | | | 572.67 | 16358 | 04/24/03 |
| | | | | 298.20 | 16359 | 04/24/03 |
| | | | | 3,764.88 | 16360 | 04/24/03 |
| | | | | 1,898.80 | 16361 | 04/24/03 |
| | | | | 688.80 | 16362 | 04/24/03 |
| | | | | 1,268.80 | 16363 | 04/24/03 |
| | | | | 1,122.40 | 16364 | 04/24/03 |
| | | | | 750.60 | 16365 | 04/24/03 |
| | | | | 1,620.00 | 16366 | 04/24/03 |
| | | | | 406.40 | 16367 | 04/24/03 |
| | | | | 422.40 | 16368 | 04/24/03 |
| | | | | 3,952.80 | 16369 | 04/24/03 |
| | | | | 769.50 | 16370 | 04/24/03 |
| | | | | 2,112.80 | 16371 | 04/24/03 |
| | | | | 184.00 | 16372 | 04/24/03 |
| | | | | 1,091.40 | 16373 | 04/24/03 |
| | | | | 1,026.00 | 16374 | 04/24/03 |
| | | | | 701.12 | 16375 | 04/24/03 |
| | | | | 3,660.00 | 16376 | 04/24/03 |
| | | | | 528.20 | 16377 | 04/24/03 |
| | | | | 5,215.00 | 16378 | 04/24/03 |
| | | | | 109.60 | 16379 | 04/24/03 |
| | | | | 351.12 | 16380 | 04/24/03 |
| | | | | 908.04 | 16381 | 04/24/03 |
| | | | | 219.30 | 16382 | 04/24/03 |
| | | | | 421.75 | 16383 | 04/24/03 |
| | | | | 400.50 | 16384 | 04/24/03 |
| | | | | 4,880.00 | 16385 | 04/24/03 |
| | | | | 1,097.90 | 16386 | 04/24/03 |
| | | | | 406.00 | 16387 | 04/24/03 |
| | | | | 465.00 | 16388 | 04/24/03 |
| | | | | 198.90 | 16389 | 04/24/03 |
| | | | | 357.20 | 16390 | 04/24/03 |
| | | | | 550.80 | 16391 | 04/24/03 |
| | | | | 229.50 | 16392 | 04/24/03 |
| | | | | 455.00 | 16394 | 04/24/03 |
| | | | | 1,377.00 | 16395 | 04/24/03 |
| | | | | 918.00 | 16396 | 04/24/03 |
| | | | | 4,236.50 | 16397 | 04/24/03 |
| | | | | 138.90 | 16398 | 04/24/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 755363 (cont) | 05/05/03 | 05/07/03 | | 1,103.84 | 16399 | 04/24/03 |
| Total | | | 180,042.92 | 180,042.92 | | |
| 17738 | 05/08/03 | 05/08/03 | 103,330.45 | 103,330.45 | 94SSI0233PINTLWIRE | 04/28/03 |
| Total | | | 103,330.45 | 103,330.45 | | |
| 755451 | 05/06/03 | 05/09/03 | 195.20 | 195.20 | 16489 | 04/26/03 |
| Total | | | 195.20 | 195.20 | | |
| 17749 | 05/09/03 | 05/09/03 | 203,882.06 | 210,600.00 | 94SS10160P | 03/24/03 |
| | | | | 642.06 | 94SSI0237P | 04/28/03 |
| | | | | (7,360.00) | 68176 | 05/06/03 |
| Total | | | 203,882.06 | 203,882.06 | | |
| 755877 | 05/08/03 | 05/12/03 | 116,906.75 | 7,747.80 | 16400 | 04/28/03 |
| | | | | 3,258.00 | 16401 | 04/28/03 |
| | | | | 12,645.36 | 16402 | 04/28/03 |
| | | | | 5,871.06 | 16403 | 04/28/03 |
| | | | | 17,342.70 | 16404 | 04/28/03 |
| | | | | 16,752.00 | 16405 | 04/28/03 |
| | | | | 8,742.30 | 16406 | 04/28/03 |
| | | | | 2,722.20 | 16407 | 04/28/03 |
| | | | | 927.20 | 16408 | 04/28/03 |
| | | | | 488.00 | 16409 | 04/28/03 |
| | | | | 200.20 | 16410 | 04/28/03 |
| | | | | 381.78 | 16411 | 04/28/03 |
| | | | | 726.00 | 16412 | 04/28/03 |
| | | | | 826.20 | 16413 | 04/28/03 |
| | | | | 826.20 | 16414 | 04/28/03 |
| | | | | 352.00 | 16415 | 04/28/03 |
| | | | | 2,781.60 | 16416 | 04/28/03 |
| | | | | 1,530.72 | 16417 | 04/28/03 |
| | | | | 566.96 | 16418 | 04/28/03 |
| | | | | 1,932.30 | 16419 | 04/28/03 |
| | | | | 498.56 | 16420 | 04/28/03 |
| | | | | 551.04 | 16421 | 04/28/03 |
| | | | | 522.36 | 16422 | 04/28/03 |
| | | | | 1,555.52 | 16423 | 04/28/03 |
| | | | | 633.60 | 16424 | 04/28/03 |
| | | | | 298.00 | 16425 | 04/28/03 |
| | | | | 401.64 | 16426 | 04/28/03 |
| | | | | 218.16 | 16427 | 04/28/03 |
| | | | | 299.00 | 16428 | 04/28/03 |
| | | | | 228.80 | 16429 | 04/28/03 |
| | | | | 159.00 | 16430 | 04/28/03 |
| | | | | 170.20 | 16431 | 04/28/03 |
| | | | | 170.20 | 16432 | 04/28/03 |
| | | | | 1,584.00 | 16433 | 04/28/03 |
| | | | | 264.00 | 16434 | 04/28/03 |
| | | | | 768.00 | 16435 | 04/28/03 |
| | | | | 247.65 | 16436 | 04/28/03 |
| | | | | 4,801.23 | 16437 | 04/28/03 |
| | | | | 250.20 | 16438 | 04/28/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 755877 (cont) | 05/08/03 | 05/12/03 | | 714.40 | 16439 | 04/28/03 |
| | | | | 111.36 | 16440 | 04/28/03 |
| | | | | 208.35 | 16441 | 04/28/03 |
| | | | | 417.96 | 16442 | 04/28/03 |
| | | | | 338.56 | 16443 | 04/28/03 |
| | | | | 843.50 | 16444 | 04/28/03 |
| | | | | 658.80 | 16445 | 04/28/03 |
| | | | | 521.64 | 16446 | 04/28/03 |
| | | | | 298.20 | 16447 | 04/28/03 |
| | | | | 166.40 | 16448 | 04/28/03 |
| | | | | 279.00 | 16449 | 04/28/03 |
| | | | | 468.80 | 16450 | 04/28/03 |
| | | | | 380.70 | 16451 | 04/28/03 |
| | | | | 654.80 | 16452 | 04/28/03 |
| | | | | 713.44 | 16453 | 04/28/03 |
| | | | | 1,002.30 | 16454 | 04/28/03 |
| | | | | 406.00 | 16455 | 04/28/03 |
| | | | | 454.50 | 16456 | 04/28/03 |
| | | | | 679.80 | 16457 | 04/28/03 |
| | | | | 501.20 | 16458 | 04/28/03 |
| | | | | 1,129.60 | 16460 | 04/28/03 |
| | | | | 725.80 | 16461 | 04/28/03 |
| | | | | 510.00 | 16462 | 04/28/03 |
| | | | | 585.60 | 16463 | 04/28/03 |
| | | | | 429.00 | 16464 | 04/28/03 |
| | | | | 558.36 | 16465 | 04/28/03 |
| | | | | 536.80 | 16466 | 04/28/03 |
| | | | | 175.56 | 16467 | 04/28/03 |
| | | | | 668.20 | 16468 | 04/28/03 |
| | | | | 182.80 | 16469 | 04/28/03 |
| | | | | 606.78 | 16470 | 04/28/03 |
| | | | | 448.80 | 16471 | 04/28/03 |
| | | | | 288.00 | 16472 | 04/28/03 |
| Total | | | 116,906.75 | 116,906.75 | | |
| 755944 | 05/08/03 | 05/12/03 | 29,015.50 | 12,859.20 | 16771 | 04/06/03 |
| | | | | 304.00 | 16772 | 04/06/03 |
| | | | | 5,472.00 | 16773 | 04/06/03 |
| | | | | 1,638.00 | 16774 | 04/06/03 |
| | | | | 1,111.80 | 16775 | 04/06/03 |
| | | | | 7,182.00 | 16776 | 04/06/03 |
| | | | | 448.50 | 16777 | 04/06/03 |
| Total | | | 29,015.50 | 29,015.50 | | |
| 17760 | 05/13/03 | 05/13/03 | 160.34 | 160.34 | 94SSI0245P | 05/05/03 |
| Total | | | 160.34 | 160.34 | | |
| 756343 | 05/12/03 | 05/14/03 | 478,588.60 | 8,664.00 | 16473 | 04/29/03 |
| | | | | 2,218.40 | 16474 | 04/29/03 |
| | | | | 484.00 | 16475 | 04/29/03 |
| | | | | 1,286.00 | 16476 | 04/29/03 |
| | | | | 496.00 | 16477 | 04/29/03 |

**Pillowtex Corporation Preference Analysis**
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 756343 (cont) | 05/12/03 | 05/14/03 | | 534.00 | 16478 | 04/29/03 |
| | | | | 4,346.64 | 16479 | 04/29/03 |
| | | | | 2,703.69 | 16480 | 04/29/03 |
| | | | | 614.25 | 16481 | 04/29/03 |
| | | | | 1,777.60 | 16482 | 04/29/03 |
| | | | | 2,888.60 | 16483 | 04/29/03 |
| | | | | 3,775.90 | 16484 | 04/29/03 |
| | | | | 657.90 | 16485 | 04/29/03 |
| | | | | 3,991.80 | 16486 | 04/29/03 |
| | | | | 714.40 | 16487 | 04/29/03 |
| | | | | 3,652.80 | 16488 | 04/29/03 |
| | | | | 1,142.10 | 16490 | 04/29/03 |
| | | | | 812.00 | 16491 | 04/29/03 |
| | | | | 465.00 | 16492 | 04/29/03 |
| | | | | 122.20 | 16493 | 04/29/03 |
| | | | | 701.12 | 16494 | 04/29/03 |
| | | | | 2,642.76 | 16495 | 04/29/03 |
| | | | | 725.80 | 16496 | 04/29/03 |
| | | | | 1,675.08 | 16497 | 04/29/03 |
| | | | | 3,404.80 | 16498 | 04/29/03 |
| | | | | 1,204.92 | 16499 | 04/29/03 |
| | | | | 4,215.89 | 16500 | 04/29/03 |
| | | | | 447.00 | 16501 | 04/29/03 |
| | | | | 417.96 | 16502 | 04/29/03 |
| | | | | 479.25 | 16503 | 04/29/03 |
| | | | | 324.00 | 16504 | 04/29/03 |
| | | | | 575.52 | 16505 | 04/29/03 |
| | | | | 1,641.60 | 16506 | 04/29/03 |
| | | | | 447.00 | 16507 | 04/29/03 |
| | | | | 535.52 | 16508 | 04/29/03 |
| | | | | 1,192.00 | 16509 | 04/29/03 |
| | | | | 1,297.10 | 16510 | 04/29/03 |
| | | | | 347.25 | 16511 | 04/29/03 |
| | | | | 438.60 | 16512 | 04/29/03 |
| | | | | 1,098.24 | 16513 | 04/29/03 |
| | | | | 4,878.16 | 16514 | 04/29/03 |
| | | | | 200.20 | 16515 | 04/29/03 |
| | | | | 1,111.00 | 16516 | 04/29/03 |
| | | | | 222.50 | 16517 | 04/29/03 |
| | | | | 1,164.80 | 16518 | 04/29/03 |
| | | | | 146.30 | 16519 | 04/29/03 |
| | | | | 324.00 | 16520 | 04/29/03 |
| | | | | 2,130.40 | 16521 | 04/29/03 |
| | | | | 2,094.00 | 16522 | 04/29/03 |
| | | | | 674.80 | 16523 | 04/29/03 |
| | | | | 1,012.20 | 16524 | 04/29/03 |
| | | | | 14,345.73 | 16525 | 04/29/03 |
| | | | | 1,122.00 | 16526 | 04/29/03 |
| | | | | 1,700.88 | 16527 | 04/29/03 |