# EXHIBIT "B" (Part 3 of 6)

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 756343 (cont) | 05/12/03 | 05/14/03 | | 406.00 | 16528 | 04/29/03 |
| | | | | 801.00 | 16529 | 04/29/03 |
| | | | | 5,785.00 | 16530 | 04/29/03 |
| | | | | 766.80 | 16531 | 04/29/03 |
| | | | | 1,150.20 | 16532 | 04/29/03 |
| | | | | 1,354.32 | 16533 | 04/29/03 |
| | | | | 843.50 | 16534 | 04/29/03 |
| | | | | 658.80 | 16535 | 04/29/03 |
| | | | | 1,218.40 | 16536 | 04/29/03 |
| | | | | 812.00 | 16537 | 04/29/03 |
| | | | | 487.20 | 16538 | 04/29/03 |
| | | | | 4,960.00 | 16539 | 04/29/03 |
| | | | | 4,536.00 | 16540 | 04/29/03 |
| | | | | 976.00 | 16541 | 04/29/03 |
| | | | | 400.50 | 16542 | 04/29/03 |
| | | | | 1,549.80 | 16543 | 04/29/03 |
| | | | | 1,553.10 | 16544 | 04/29/03 |
| | | | | 725.80 | 16545 | 04/29/03 |
| | | | | 513.00 | 16546 | 04/29/03 |
| | | | | 550.80 | 16547 | 04/29/03 |
| | | | | 4,343.20 | 16548 | 04/29/03 |
| | | | | 592.80 | 16549 | 04/29/03 |
| | | | | 1,028.10 | 16550 | 04/29/03 |
| | | | | 1,506.96 | 16551 | 04/29/03 |
| | | | | 1,012.20 | 16552 | 04/29/03 |
| | | | | 111.36 | 16553 | 04/29/03 |
| | | | | 417.96 | 16554 | 04/29/03 |
| | | | | 163.62 | 16555 | 04/29/03 |
| | | | | 9,788.13 | 16556 | 04/29/03 |
| | | | | 364.80 | 16557 | 04/29/03 |
| | | | | 318.99 | 16558 | 04/29/03 |
| | | | | 1,512.00 | 16559 | 04/29/03 |
| | | | | 170.20 | 16560 | 04/29/03 |
| | | | | 600.60 | 16561 | 04/29/03 |
| | | | | 16,305.72 | 16562 | 04/29/03 |
| | | | | 34,340.82 | 16563 | 04/29/03 |
| | | | | 9,638.72 | 16564 | 04/29/03 |
| | | | | 2,667.60 | 16565 | 04/29/03 |
| | | | | 2,857.60 | 16566 | 04/29/03 |
| | | | | 10,260.08 | 16567 | 04/29/03 |
| | | | | 454.86 | 16568 | 04/29/03 |
| | | | | 2,540.99 | 16569 | 04/29/03 |
| | | | | 1,607.40 | 16570 | 04/29/03 |
| | | | | 1,484.28 | 16571 | 04/29/03 |
| | | | | 10,447.80 | 16572 | 04/29/03 |
| | | | | 3,947.06 | 16573 | 04/29/03 |
| | | | | 12,152.00 | 16574 | 04/29/03 |
| | | | | 1,713.66 | 16575 | 04/29/03 |
| | | | | 1,928.64 | 16576 | 04/29/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 756343 (cont) | 05/12/03 | 05/14/03 | | 812.00 | 16577 | 04/29/03 |
| | | | | 1,602.00 | 16578 | 04/29/03 |
| | | | | 1,073.60 | 16579 | 04/29/03 |
| | | | | 623.19 | 16580 | 04/29/03 |
| | | | | 163.62 | 16581 | 04/29/03 |
| | | | | 438.60 | 16582 | 04/29/03 |
| | | | | 545.56 | 16583 | 04/29/03 |
| | | | | 1,426.88 | 16584 | 04/29/03 |
| | | | | 826.20 | 16585 | 04/29/03 |
| | | | | 256.50 | 16586 | 04/29/03 |
| | | | | 1,133.92 | 16587 | 04/29/03 |
| | | | | 2,807.70 | 16588 | 04/29/03 |
| | | | | 689.31 | 16589 | 04/29/03 |
| | | | | 516.00 | 16590 | 04/29/03 |
| | | | | 1,971.20 | 16591 | 04/29/03 |
| | | | | 489.60 | 16592 | 04/29/03 |
| | | | | 918.00 | 16593 | 04/29/03 |
| | | | | 294.90 | 16594 | 04/29/03 |
| | | | | 592.00 | 16595 | 04/29/03 |
| | | | | 182.40 | 16596 | 04/29/03 |
| | | | | 243.20 | 16597 | 04/29/03 |
| | | | | 5,244.00 | 16598 | 05/01/03 |
| | | | | 2,072.00 | 16599 | 05/01/03 |
| | | | | 396.00 | 16600 | 05/01/03 |
| | | | | 953.60 | 16601 | 05/01/03 |
| | | | | 957.60 | 16602 | 05/01/03 |
| | | | | 953.60 | 16603 | 05/01/03 |
| | | | | 363.80 | 16604 | 05/01/03 |
| | | | | 158.10 | 16605 | 05/01/03 |
| | | | | 190.50 | 16606 | 05/01/03 |
| | | | | 451.44 | 16607 | 05/01/03 |
| | | | | 487.20 | 16608 | 05/01/03 |
| | | | | 6,072.00 | 16609 | 05/01/03 |
| | | | | 555.90 | 16610 | 05/01/03 |
| | | | | 555.90 | 16611 | 05/01/03 |
| | | | | 364.80 | 16612 | 05/01/03 |
| | | | | 3,887.00 | 16613 | 05/01/03 |
| | | | | 1,530.30 | 16614 | 05/01/03 |
| | | | | 2,920.02 | 16615 | 05/01/03 |
| | | | | 347.25 | 16616 | 05/01/03 |
| | | | | 699.12 | 16617 | 05/01/03 |
| | | | | 1,405.74 | 16618 | 05/01/03 |
| | | | | 3,815.58 | 16619 | 05/01/03 |
| | | | | 459.54 | 16620 | 05/01/03 |
| | | | | 819.00 | 16621 | 05/01/03 |
| | | | | 2,115.20 | 16622 | 05/01/03 |
| | | | | 3,224.00 | 16623 | 05/01/03 |
| | | | | 3,774.80 | 16624 | 05/01/03 |
| | | | | 888.80 | 16625 | 05/01/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 756343 (cont) | 05/12/03 | 05/14/03 | | 10,021.41 | 16626 | 05/01/03 |
| | | | | 1,254.42 | 16627 | 05/01/03 |
| | | | | 1,430.40 | 16628 | 05/01/03 |
| | | | | 545.40 | 16629 | 05/01/03 |
| | | | | 1,033.60 | 16630 | 05/01/03 |
| | | | | 4,052.80 | 16631 | 05/01/03 |
| | | | | 932.16 | 16632 | 05/01/03 |
| | | | | 484.40 | 16633 | 05/01/03 |
| | | | | 278.64 | 16634 | 05/01/03 |
| | | | | 20,604.00 | 16635 | 05/01/03 |
| | | | | 370.60 | 16636 | 05/01/03 |
| | | | | 5,544.00 | 16637 | 05/01/03 |
| | | | | 2,275.55 | 16638 | 05/01/03 |
| | | | | 2,791.32 | 16639 | 05/01/03 |
| | | | | 9,442.55 | 16640 | 05/01/03 |
| | | | | 2,925.96 | 16641 | 05/01/03 |
| | | | | 309.40 | 16642 | 05/01/03 |
| | | | | 309.00 | 16643 | 05/01/03 |
| | | | | 219.20 | 16644 | 05/01/03 |
| | | | | 298.20 | 16645 | 05/01/03 |
| | | | | 324.00 | 16646 | 05/01/03 |
| | | | | 267.76 | 16647 | 05/01/03 |
| | | | | 192.00 | 16648 | 05/01/03 |
| | | | | 40,400.00 | 16649 | 05/01/03 |
| | | | | 5,208.00 | 16650 | 05/01/03 |
| | | | | 380.70 | 16651 | 05/01/03 |
| | | | | 2,439.80 | 16652 | 05/01/03 |
| | | | | 1,111.00 | 16653 | 05/01/03 |
| | | | | 122.20 | 16654 | 05/01/03 |
| | | | | 550.80 | 16655 | 05/01/03 |
| | | | | 823.68 | 16656 | 05/01/03 |
| | | | | 347.25 | 16657 | 05/01/03 |
| | | | | 713.44 | 16658 | 05/01/03 |
| | | | | 709.02 | 16659 | 05/01/03 |
| | | | | 438.60 | 16660 | 05/01/03 |
| | | | | 1,838.16 | 16661 | 05/01/03 |
| | | | | 459.54 | 16662 | 05/01/03 |
| | | | | 701.12 | 16663 | 05/01/03 |
| | | | | 380.70 | 16664 | 05/01/03 |
| | | | | 2,464.00 | 16665 | 05/01/03 |
| | | | | 2,807.70 | 16666 | 05/01/03 |
| | | | | 1,556.40 | 16667 | 05/01/03 |
| | | | | 489.60 | 16668 | 05/01/03 |
| | | | | 222.20 | 16669 | 05/01/03 |
| | | | | 1,111.00 | 16670 | 05/01/03 |
| | | | | 371.00 | 16671 | 05/01/03 |
| | | | | 442.80 | 16672 | 05/01/03 |
| | | | | 812.00 | 16673 | 05/01/03 |
| | | | | 801.00 | 16674 | 05/01/03 |

**Pillowtex Corporation Preference Analysis**
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 756343 (cont) | 05/12/03 | 05/14/03 | | 550.80 | 16675 | 05/01/03 |
| | | | | 707.00 | 16676 | 05/01/03 |
| | | | | 414.40 | 16677 | 05/01/03 |
| | | | | 658.80 | 16678 | 05/01/03 |
| | | | | 219.60 | 16679 | 05/01/03 |
| | | | | 484.00 | 16680 | 05/01/03 |
| | | | | 697.50 | 16681 | 05/01/03 |
| | | | | 1,909.46 | 16682 | 05/01/03 |
| | | | | 673.20 | 16683 | 05/01/03 |
| | | | | 837.54 | 16684 | 05/01/03 |
| | | | | 409.50 | 16685 | 05/01/03 |
| | | | | 957.60 | 16686 | 05/01/03 |
| | | | | 448.80 | 16687 | 05/01/03 |
| | | | | 378.00 | 16688 | 05/01/03 |
| | | | | 1,512.00 | 16689 | 05/01/03 |
| | | | | 486.40 | 16690 | 05/01/03 |
| | | | | 338.56 | 16691 | 05/01/03 |
| | | | | 802.20 | 16692 | 05/01/03 |
| | | | | 484.40 | 16693 | 05/01/03 |
| | | | | 763.56 | 16694 | 05/01/03 |
| | | | | 1,763.20 | 16695 | 05/01/03 |
| | | | | 1,788.00 | 16696 | 05/01/03 |
| | | | | 3,814.40 | 16697 | 05/01/03 |
| Total | | | 478,588.60 | 478,588.60 | | |
| 17765 | 05/14/03 | 05/14/03 | 224,968.60 | 80,850.00 | 94SSI0194P | 04/07/03 |
| | | | | 37,800.00 | 94SSI0196P | 04/07/03 |
| | | | | 106,318.60 | 94SSI0241PINTLWIRE | 04/28/03 |
| Total | | | 224,968.60 | 224,968.60 | | |
| 17777 | 05/15/03 | 05/15/03 | 41,800.00 | 41,800.00 | 94SSI0234PINTLWIRE | 04/28/03 |
| Total | | | 41,800.00 | 41,800.00 | | |
| 756844 | 05/15/03 | 05/19/03 | 68,509.25 | 150.40 | 15293 | 03/31/03 |
| | | | | 662.50 | 03PTX-S022 | 04/30/03 |
| | | | | 330.00 | 03PTX-S023 | 05/05/03 |
| | | | | 456.00 | 16698 | 05/05/03 |
| | | | | 456.00 | 16699 | 05/05/03 |
| | | | | 957.60 | 16700 | 05/05/03 |
| | | | | 931.98 | 16701 | 05/05/03 |
| | | | | 380.70 | 16702 | 05/05/03 |
| | | | | 222.20 | 16703 | 05/05/03 |
| | | | | 184.00 | 16704 | 05/05/03 |
| | | | | 1,482.60 | 16705 | 05/05/03 |
| | | | | 304.20 | 16706 | 05/05/03 |
| | | | | 801.00 | 16707 | 05/05/03 |
| | | | | 1,002.24 | 16708 | 05/05/03 |
| | | | | 927.18 | 16709 | 05/05/03 |
| | | | | 1,111.00 | 16710 | 05/05/03 |
| | | | | 1,995.90 | 16711 | 05/05/03 |
| | | | | 598.00 | 16712 | 05/05/03 |
| | | | | 602.46 | 16713 | 05/05/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 756844 (cont) | 05/15/03 | 05/19/03 | | 668.20 | 16714 | 05/05/03 |
| | | | | 551.04 | 16715 | 05/05/03 |
| | | | | 592.00 | 16716 | 05/05/03 |
| | | | | 508.80 | 16717 | 05/05/03 |
| | | | | 1,606.50 | 16718 | 05/05/03 |
| | | | | 792.00 | 16719 | 05/05/03 |
| | | | | 145.80 | 16720 | 05/05/03 |
| | | | | 454.50 | 16722 | 05/05/03 |
| | | | | 384.00 | 16723 | 05/05/03 |
| | | | | 684.00 | 16724 | 05/05/03 |
| | | | | 408.00 | 16725 | 05/05/03 |
| | | | | 639.00 | 16726 | 05/05/03 |
| | | | | 1,984.00 | 16727 | 05/05/03 |
| | | | | 516.00 | 16728 | 05/05/03 |
| | | | | 6,058.80 | 16729 | 05/05/03 |
| | | | | 1,907.20 | 16730 | 05/05/03 |
| | | | | 545.56 | 16731 | 05/05/03 |
| | | | | 1,090.80 | 16732 | 05/05/03 |
| | | | | 812.00 | 16733 | 05/05/03 |
| | | | | 1,666.35 | 16734 | 05/05/03 |
| | | | | 460.80 | 16735 | 05/05/03 |
| | | | | 3,304.80 | 16736 | 05/05/03 |
| | | | | 445.00 | 16737 | 05/05/03 |
| | | | | 1,032.00 | 16738 | 05/05/03 |
| | | | | 459.54 | 16739 | 05/05/03 |
| | | | | 1,584.00 | 16740 | 05/05/03 |
| | | | | 2,082.36 | 16741 | 05/05/03 |
| | | | | 1,250.10 | 16742 | 05/05/03 |
| | | | | 439.20 | 16743 | 05/05/03 |
| | | | | 214.70 | 16744 | 05/05/03 |
| | | | | 1,002.40 | 16745 | 05/05/03 |
| | | | | 477.60 | 16746 | 05/05/03 |
| | | | | 401.64 | 16747 | 05/05/03 |
| | | | | 549.12 | 16748 | 05/05/03 |
| | | | | 713.44 | 16749 | 05/05/03 |
| | | | | 182.80 | 16750 | 05/05/03 |
| | | | | 1,304.10 | 16751 | 05/05/03 |
| | | | | 298.20 | 16752 | 05/05/03 |
| | | | | 556.00 | 16753 | 05/05/03 |
| | | | | 221.40 | 16754 | 05/05/03 |
| | | | | 304.00 | 16755 | 05/05/03 |
| | | | | 465.60 | 16756 | 05/05/03 |
| | | | | 351.12 | 16757 | 05/05/03 |
| | | | | 1,354.24 | 16758 | 05/05/03 |
| | | | | 750.60 | 16759 | 05/05/03 |
| | | | | 2,086.00 | 16760 | 05/05/03 |
| | | | | 2,872.80 | 16761 | 05/05/03 |
| | | | | 792.30 | 16762 | 05/05/03 |
| | | | | 189.00 | 16763 | 05/05/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 756844 (cont) | 05/15/03 | 05/19/03 | | 499.20 | 16764 | 05/05/03 |
| | | | | 222.20 | 16765 | 05/05/03 |
| | | | | 2,387.44 | 16766 | 05/05/03 |
| | | | | 2,115.20 | 16767 | 05/05/03 |
| | | | | 351.12 | 16768 | 05/05/03 |
| | | | | 729.12 | 16769 | 05/05/03 |
| | | | | 489.60 | 16770 | 05/05/03 |
| | Total | | 68,509.25 | 68,509.25 | | |
| 17801 | 05/19/03 | 05/19/03 | 4,448.90 | 4,448.90 | 94SSI0240PINTLWIRE | 04/28/03 |
| | Total | | 4,448.90 | 4,448.90 | | |
| 17808 | 05/21/03 | 05/21/03 | 83,226.30 | 81,802.80 | 94SSI0247PINTLWIRE | 05/05/03 |
| | | | | 1,423.50 | 94SSI0268PINTLWIRE | 05/19/03 |
| | Total | | 83,226.30 | 83,226.30 | | |
| 17824 | 05/22/03 | 05/22/03 | 242,811.50 | 241,263.50 | 94SSI0242PINTLWIRE | 05/05/03 |
| | | | | 1,548.00 | 94SSI0269PINTLWIRE | 05/19/03 |
| | Total | | 242,811.50 | 242,811.50 | | |
| 17830 | 05/23/03 | 05/23/03 | 62,074.32 | 44,941.20 | 94SSI0249PINTLWIRE | 05/05/03 |
| | | | | 17,133.12 | 94SSI0251PINTLWIRE | 05/05/03 |
| | Total | | 62,074.32 | 62,074.32 | | |
| 757103 | 05/16/03 | 05/30/03 | 265,090.48 | 142.00 | 03PTX-S021 | 04/25/03 |
| | | | | 430.56 | 16778 | 05/06/03 |
| | | | | 228.80 | 16779 | 05/06/03 |
| | | | | 657.90 | 16780 | 05/06/03 |
| | | | | 4,743.27 | 16781 | 05/06/03 |
| | | | | 396.00 | 16782 | 05/06/03 |
| | | | | 3,908.52 | 16783 | 05/06/03 |
| | | | | 3,916.17 | 16784 | 05/06/03 |
| | | | | 1,354.32 | 16785 | 05/06/03 |
| | | | | 1,297.10 | 16786 | 05/06/03 |
| | | | | 1,777.60 | 16787 | 05/06/03 |
| | | | | 885.60 | 16788 | 05/06/03 |
| | | | | 992.00 | 16789 | 05/06/03 |
| | | | | 6,019.20 | 16790 | 05/06/03 |
| | | | | 598.14 | 16791 | 05/06/03 |
| | | | | 2,086.00 | 16792 | 05/06/03 |
| | | | | 11,088.00 | 16793 | 05/06/03 |
| | | | | 3,898.80 | 16794 | 05/06/03 |
| | | | | 448.80 | 16795 | 05/06/03 |
| | | | | 975.30 | 16796 | 05/06/03 |
| | | | | 1,341.00 | 16797 | 05/06/03 |
| | | | | 1,192.00 | 16798 | 05/06/03 |
| | | | | 7,792.47 | 16799 | 05/06/03 |
| | | | | 691.20 | 16800 | 05/06/03 |
| | | | | 1,838.16 | 16801 | 05/06/03 |
| | | | | 465.00 | 16802 | 05/06/03 |
| | | | | 398.76 | 16803 | 05/06/03 |
| | | | | 549.12 | 16804 | 05/06/03 |
| | | | | 606.78 | 16805 | 05/06/03 |
| | | | | 713.44 | 16806 | 05/06/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 757103 (cont) | 05/16/03 | 05/30/03 | | 780.80 | 16807 | 05/06/03 |
| | | | | 278.64 | 16808 | 05/06/03 |
| | | | | 278.64 | 16809 | 05/06/03 |
| | | | | 221.40 | 16810 | 05/06/03 |
| | | | | 400.40 | 16811 | 05/06/03 |
| | | | | 1,788.00 | 16812 | 05/06/03 |
| | | | | 7,524.00 | 16813 | 05/06/03 |
| | | | | 2,926.80 | 16814 | 05/06/03 |
| | | | | 1,115.94 | 16815 | 05/06/03 |
| | | | | 1,333.20 | 16816 | 05/06/03 |
| | | | | 828.80 | 16817 | 05/06/03 |
| | | | | 368.00 | 16818 | 05/06/03 |
| | | | | 500.08 | 16819 | 05/06/03 |
| | | | | 843.50 | 16820 | 05/06/03 |
| | | | | 761.40 | 16821 | 05/06/03 |
| | | | | 717.20 | 16822 | 05/06/03 |
| | | | | 727.60 | 16823 | 05/06/03 |
| | | | | 294.40 | 16824 | 05/06/03 |
| | | | | 730.56 | 16825 | 05/06/03 |
| | | | | 489.60 | 16826 | 05/06/03 |
| | | | | 725.80 | 16827 | 05/06/03 |
| | | | | 930.00 | 16828 | 05/06/03 |
| | | | | 408.00 | 16829 | 05/06/03 |
| | | | | 3,137.20 | 16830 | 05/06/03 |
| | | | | 2,883.70 | 16831 | 05/06/03 |
| | | | | 9,676.80 | 16832 | 05/06/03 |
| | | | | 668.80 | 16833 | 05/06/03 |
| | | | | 435.60 | 16834 | 05/06/03 |
| | | | | 298.20 | 16835 | 05/06/03 |
| | | | | 298.20 | 16836 | 05/06/03 |
| | | | | 459.00 | 16837 | 05/06/03 |
| | | | | 598.00 | 16838 | 05/06/03 |
| | | | | 401.64 | 16839 | 05/06/03 |
| | | | | 13,795.46 | 16840 | 05/06/03 |
| | | | | 14,354.55 | 16841 | 05/06/03 |
| | | | | 34,642.68 | 16842 | 05/06/03 |
| | | | | 1,672.00 | 16843 | 05/06/03 |
| | | | | 192.00 | 16844 | 05/06/03 |
| | | | | 339.34 | 16845 | 05/06/03 |
| | | | | 668.88 | 16846 | 05/06/03 |
| | | | | 109.60 | 16847 | 05/06/03 |
| | | | | 569.70 | 16848 | 05/06/03 |
| | | | | 633.40 | 16849 | 05/06/03 |
| | | | | 1,937.00 | 16850 | 05/06/03 |
| | | | | 1,388.24 | 16851 | 05/06/03 |
| | | | | 200.20 | 16852 | 05/06/03 |
| | | | | 495.14 | 16853 | 05/06/03 |
| | | | | 363.80 | 16854 | 05/06/03 |
| | | | | 484.00 | 16855 | 05/06/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 757103 (cont) | 05/16/03 | 05/30/03 | | 745.00 | 16856 | 05/06/03 |
| | | | | 144.00 | 16857 | 05/06/03 |
| | | | | 2,983.50 | 16858 | 05/06/03 |
| | | | | 488.00 | 16859 | 05/06/03 |
| | | | | 429.00 | 16860 | 05/06/03 |
| | | | | 507.84 | 16861 | 05/06/03 |
| | | | | 843.50 | 16862 | 05/06/03 |
| | | | | 362.90 | 16863 | 05/06/03 |
| | | | | 545.56 | 16864 | 05/06/03 |
| | | | | 10,137.60 | 16865 | 05/06/03 |
| | | | | 318.99 | 16866 | 05/06/03 |
| | | | | 1,512.00 | 16867 | 05/06/03 |
| | | | | 339.34 | 16868 | 05/06/03 |
| | | | | 878.40 | 16869 | 05/06/03 |
| | | | | 441.60 | 16870 | 05/06/03 |
| | | | | 714.40 | 16871 | 05/06/03 |
| | | | | 516.00 | 16872 | 05/06/03 |
| | | | | 558.36 | 16873 | 05/06/03 |
| | | | | 837.54 | 16874 | 05/06/03 |
| | | | | 397.80 | 16875 | 05/06/03 |
| | | | | 1,175.37 | 16876 | 05/06/03 |
| | | | | 19,715.20 | 16877 | 05/06/03 |
| | | | | 8,585.00 | 16878 | 05/06/03 |
| | | | | 170.20 | 16879 | 05/06/03 |
| | | | | 602.46 | 16880 | 05/06/03 |
| | | | | 1,388.24 | 16881 | 05/06/03 |
| | | | | 596.00 | 16882 | 05/06/03 |
| | | | | 649.92 | 16883 | 05/06/03 |
| | | | | 860.94 | 16884 | 05/06/03 |
| | | | | 126.24 | 16885 | 05/06/03 |
| | | | | 413.28 | 16886 | 05/06/03 |
| | | | | 413.28 | 16887 | 05/06/03 |
| | | | | 549.12 | 16888 | 05/06/03 |
| | | | | 1,098.00 | 16889 | 05/06/03 |
| | | | | 271.20 | 16890 | 05/06/03 |
| | | | | 1,133.92 | 16891 | 05/06/03 |
| | | | | 184.00 | 16892 | 05/06/03 |
| | | | | 396.00 | 16893 | 05/06/03 |
| | | | | 363.80 | 16894 | 05/06/03 |
| | | | | 1,490.40 | 16895 | 05/06/03 |
| | | | | 459.54 | 16896 | 05/06/03 |
| | | | | 448.80 | 16897 | 05/06/03 |
| | | | | 550.80 | 16898 | 05/06/03 |
| | | | | 792.30 | 16899 | 05/06/03 |
| | | | | 1,604.40 | 16900 | 05/06/03 |
| | | | | 1,122.00 | 16901 | 05/06/03 |
| | | | | 4,343.20 | 16902 | 05/06/03 |
| | | | | 521.64 | 16903 | 05/06/03 |
| | | | | 14,256.00 | 16904 | 05/06/03 |
| Total 757103 | | | 265,090.48 | 265,090.48 | | |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 17854 | 05/30/03 | 05/30/03 | 371,941.66 | 19,477.50 | 94SSI0204P | 04/14/03 |
|  |  |  |  | 104,400.00 | 94SSI0217P | 04/21/03 |
|  |  |  |  | 88,289.35 | 94SSI0238PINTLWIRE | 04/28/03 |
|  |  |  |  | 35,185.20 | 94SSI0244PINTLWIRE | 05/05/03 |
|  |  |  |  | 32,660.50 | 94SSI0250PINTLWIRE | 05/05/03 |
|  |  |  |  | 91,929.11 | 94SSI0273PINTLWIRE | 05/19/03 |
| Total |  |  | 371,941.66 | 371,941.66 |  |  |
| 758347 | 05/29/03 | 06/02/03 | 643,743.60 | 1,404.00 | 16905 | 05/07/03 |
|  |  |  |  | 2,616.90 | 16906 | 05/07/03 |
|  |  |  |  | 702.00 | 16907 | 05/07/03 |
|  |  |  |  | 936.00 | 16908 | 05/07/03 |
|  |  |  |  | 4,172.40 | 16909 | 05/07/03 |
|  |  |  |  | 7,655.76 | 16910 | 05/07/03 |
|  |  |  |  | 1,197.00 | 16911 | 05/07/03 |
|  |  |  |  | 7,353.76 | 16912 | 05/07/03 |
|  |  |  |  | 2,445.30 | 16913 | 05/07/03 |
|  |  |  |  | 4,355.40 | 16914 | 05/07/03 |
|  |  |  |  | 1,872.00 | 16915 | 05/07/03 |
|  |  |  |  | 13,486.20 | 16916 | 05/07/03 |
|  |  |  |  | 6,473.22 | 16917 | 05/07/03 |
|  |  |  |  | 6,623.76 | 16918 | 05/07/03 |
|  |  |  |  | 9,129.19 | 16919 | 05/07/03 |
|  |  |  |  | 408.00 | 16920 | 05/07/03 |
|  |  |  |  | 697.50 | 16921 | 05/07/03 |
|  |  |  |  | 572.67 | 16922 | 05/07/03 |
|  |  |  |  | 12,128.23 | 16923 | 05/07/03 |
|  |  |  |  | 6,780.19 | 16924 | 05/07/03 |
|  |  |  |  | 339.34 | 16925 | 05/07/03 |
|  |  |  |  | 505.20 | 16926 | 05/07/03 |
|  |  |  |  | 2,960.04 | 16927 | 05/07/03 |
|  |  |  |  | 6,212.04 | 16928 | 05/07/03 |
|  |  |  |  | 729.60 | 16929 | 05/07/03 |
|  |  |  |  | 2,218.40 | 16930 | 05/07/03 |
|  |  |  |  | 888.80 | 16931 | 05/07/03 |
|  |  |  |  | 812.50 | 16932 | 05/07/03 |
|  |  |  |  | 1,521.00 | 16933 | 05/07/03 |
|  |  |  |  | 310.20 | 16934 | 05/07/03 |
|  |  |  |  | 114.40 | 16935 | 05/07/03 |
|  |  |  |  | 417.96 | 16936 | 05/07/03 |
|  |  |  |  | 598.00 | 16937 | 05/07/03 |
|  |  |  |  | 494.00 | 16938 | 05/07/03 |
|  |  |  |  | 2,038.30 | 16939 | 05/07/03 |
|  |  |  |  | 569.70 | 16940 | 05/07/03 |
|  |  |  |  | 340.40 | 16941 | 05/07/03 |
|  |  |  |  | 253.98 | 16942 | 05/07/03 |
|  |  |  |  | 291.20 | 16943 | 05/07/03 |
|  |  |  |  | 2,640.00 | 16944 | 05/07/03 |
|  |  |  |  | 40,400.00 | 16945 | 05/07/03 |

Case 05-52203-PJW    Doc 1-4    Filed 07/29/05    Page 11 of 11

**Pillowtex Corporation Preference Analysis**
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 7,097.40 | 16946 | 05/07/03 |
| | | | | 338.56 | 16947 | 05/07/03 |
| | | | | 1,552.91 | 16948 | 05/07/03 |
| | | | | 521.64 | 16949 | 05/07/03 |
| | | | | 1,638.00 | 16950 | 05/07/03 |
| | | | | 979.20 | 16951 | 05/07/03 |
| | | | | 761.60 | 16952 | 05/07/03 |
| | | | | 16,724.40 | 16953 | 05/08/03 |
| | | | | 16,898.00 | 16954 | 05/08/03 |
| | | | | 4,965.00 | 16955 | 05/08/03 |
| | | | | 3,040.80 | 16956 | 05/08/03 |
| | | | | 958.50 | 16957 | 05/08/03 |
| | | | | 11,149.80 | 16958 | 05/08/03 |
| | | | | 15,506.40 | 16959 | 05/08/03 |
| | | | | 436.80 | 16960 | 05/08/03 |
| | | | | 54,796.56 | 16961 | 05/08/03 |
| | | | | 4,560.00 | 16962 | 05/08/03 |
| | | | | 2,730.00 | 16963 | 05/08/03 |
| | | | | 1,179.84 | 16964 | 05/08/03 |
| | | | | 465.60 | 16965 | 05/08/03 |
| | | | | 4,252.20 | 16966 | 05/08/03 |
| | | | | 364.56 | 16967 | 05/08/03 |
| | | | | 5,862.78 | 16968 | 05/08/03 |
| | | | | 439.20 | 16969 | 05/08/03 |
| | | | | 1,771.20 | 16970 | 05/08/03 |
| | | | | 550.80 | 16971 | 05/08/03 |
| | | | | 7,192.00 | 16972 | 05/08/03 |
| | | | | 408.00 | 16973 | 05/08/03 |
| | | | | 357.20 | 16974 | 05/08/03 |
| | | | | 190.60 | 16975 | 05/08/03 |
| | | | | 1,210.00 | 16976 | 05/08/03 |
| | | | | 2,284.20 | 16977 | 05/08/03 |
| | | | | 3,070.20 | 16978 | 05/08/03 |
| | | | | 1,012.80 | 16979 | 05/08/03 |
| | | | | 592.90 | 16980 | 05/08/03 |
| | | | | 170.20 | 16981 | 05/08/03 |
| | | | | 278.64 | 16982 | 05/08/03 |
| | | | | 1,196.00 | 16983 | 05/08/03 |
| | | | | 1,196.00 | 16984 | 05/08/03 |
| | | | | 1,043.00 | 16985 | 05/08/03 |
| | | | | 23,971.60 | 16986 | 05/08/03 |
| | | | | 8,125.92 | 16987 | 05/08/03 |
| | | | | 6,322.68 | 16988 | 05/08/03 |
| | | | | 5,164.45 | 16989 | 05/08/03 |
| | | | | 3,054.24 | 16990 | 05/08/03 |
| | | | | 2,348.82 | 16991 | 05/08/03 |
| | | | | 381.78 | 16992 | 05/08/03 |
| | | | | 657.90 | 16993 | 05/08/03 |
| | | | | 955.20 | 16994 | 05/08/03 |