# EXHIBIT "B" (Part 4 of 6)

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 428.00 | 16995 | 05/08/03 |
| | | | | 362.70 | 16996 | 05/08/03 |
| | | | | 275.40 | 16997 | 05/08/03 |
| | | | | 439.20 | 16998 | 05/08/03 |
| | | | | 727.60 | 16999 | 05/08/03 |
| | | | | 728.00 | 17000 | 05/08/03 |
| | | | | 717.20 | 17001 | 05/08/03 |
| | | | | 725.80 | 17002 | 05/08/03 |
| | | | | 732.80 | 17003 | 05/08/03 |
| | | | | 2,780.24 | 17004 | 05/08/03 |
| | | | | 1,210.00 | 17005 | 05/08/03 |
| | | | | 1,417.20 | 17006 | 05/08/03 |
| | | | | 8,527.20 | 17007 | 05/08/03 |
| | | | | 602.46 | 17008 | 05/08/03 |
| | | | | 1,438.38 | 17009 | 05/08/03 |
| | | | | 1,336.40 | 17010 | 05/08/03 |
| | | | | 2,359.50 | 17011 | 05/08/03 |
| | | | | 1,668.80 | 17012 | 05/09/03 |
| | | | | 6,819.50 | 17013 | 05/09/03 |
| | | | | 1,668.80 | 17014 | 05/09/03 |
| | | | | 7,986.60 | 17015 | 05/09/03 |
| | | | | 1,086.40 | 17016 | 05/09/03 |
| | | | | 877.20 | 17017 | 05/09/03 |
| | | | | 5,450.72 | 17018 | 05/09/03 |
| | | | | 8,871.60 | 17019 | 05/09/03 |
| | | | | 5,806.40 | 17020 | 05/09/03 |
| | | | | 1,992.60 | 17021 | 05/09/03 |
| | | | | 1,768.36 | 17022 | 05/09/03 |
| | | | | 3,315.00 | 17023 | 05/09/03 |
| | | | | 1,667.70 | 17024 | 05/09/03 |
| | | | | 2,462.40 | 17025 | 05/09/03 |
| | | | | 1,433.92 | 17026 | 05/09/03 |
| | | | | 2,318.40 | 17027 | 05/09/03 |
| | | | | 1,613.96 | 17028 | 05/09/03 |
| | | | | 401.64 | 17029 | 05/09/03 |
| | | | | 557.28 | 17030 | 05/09/03 |
| | | | | 139.32 | 17031 | 05/09/03 |
| | | | | 1,338.80 | 17032 | 05/09/03 |
| | | | | 598.00 | 17033 | 05/09/03 |
| | | | | 535.52 | 17034 | 05/09/03 |
| | | | | 1,405.74 | 17035 | 05/09/03 |
| | | | | 364.84 | 17036 | 05/09/03 |
| | | | | 602.46 | 17037 | 05/09/03 |
| | | | | 417.96 | 17038 | 05/09/03 |
| | | | | 1,921.92 | 17039 | 05/09/03 |
| | | | | 819.60 | 17040 | 05/09/03 |
| | | | | 1,285.20 | 17041 | 05/09/03 |
| | | | | 218.16 | 17042 | 05/09/03 |
| | | | | 4,172.00 | 17043 | 05/09/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 429.00 | 17044 | 05/09/03 |
| | | | | 1,395.90 | 17046 | 05/09/03 |
| | | | | 677.16 | 17047 | 05/09/03 |
| | | | | 221.40 | 17048 | 05/09/03 |
| | | | | 1,385.22 | 17049 | 05/09/03 |
| | | | | 2,925.00 | 17050 | 05/09/03 |
| | | | | 1,210.00 | 17051 | 05/09/03 |
| | | | | 2,574.00 | 17052 | 05/09/03 |
| | | | | 198.00 | 17053 | 05/09/03 |
| | | | | 32,893.16 | 17054 | 05/09/03 |
| | | | | 4,978.50 | 17055 | 05/09/03 |
| | | | | 249.28 | 17056 | 05/09/03 |
| | | | | 4,856.40 | 17057 | 05/09/03 |
| | | | | 658.80 | 17058 | 05/09/03 |
| | | | | 500.40 | 17059 | 05/09/03 |
| | | | | 2,512.62 | 17060 | 05/09/03 |
| | | | | 2,551.32 | 17061 | 05/09/03 |
| | | | | 725.80 | 17062 | 05/09/03 |
| | | | | 465.60 | 17063 | 05/09/03 |
| | | | | 465.00 | 17064 | 05/09/03 |
| | | | | 381.78 | 17065 | 05/09/03 |
| | | | | 4,936.80 | 17066 | 05/09/03 |
| | | | | 1,383.48 | 17067 | 05/09/03 |
| | | | | 2,723.20 | 17068 | 05/09/03 |
| | | | | 521.64 | 17069 | 05/09/03 |
| | | | | 310.20 | 17070 | 05/09/03 |
| | | | | 761.40 | 17071 | 05/09/03 |
| | | | | 499.20 | 17072 | 05/09/03 |
| | | | | 1,321.80 | 17073 | 05/09/03 |
| | | | | 1,026.90 | 17074 | 05/09/03 |
| | | | | 296.00 | 17075 | 05/09/03 |
| | | | | 1,152.00 | 17076 | 05/09/03 |
| | | | | 25,031.28 | 17077 | 05/09/03 |
| | | | | 350.00 | 17078 | 05/09/03 |
| | | | | 774.00 | 17079 | 05/09/03 |
| | | | | 1,073.60 | 17080 | 05/09/03 |
| | | | | 724.00 | 17081 | 05/09/03 |
| | | | | 2,153.76 | 17082 | 05/09/03 |
| | | | | 279.00 | 17083 | 05/09/03 |
| | | | | 726.00 | 17084 | 05/09/03 |
| | | | | 446.40 | 17085 | 05/09/03 |
| | | | | 362.90 | 17086 | 05/09/03 |
| | | | | 542.40 | 17087 | 05/09/03 |
| | | | | 40,229.15 | 17088 | 05/09/03 |
| | | | | 1,072.50 | 17089 | 05/09/03 |
| | | | | 616.68 | 17090 | 05/09/03 |
| | | | | 242.82 | 17091 | 05/09/03 |
| | | | | 512.40 | 17092 | 05/09/03 |
| | | | | 400.50 | 17093 | 05/09/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 4,203.36 | 17094 | 05/09/03 |
| | | | | 218.16 | 17095 | 05/09/03 |
| | | | | 364.56 | 17096 | 05/09/03 |
| | | | | 1,535.10 | 17097 | 05/09/03 |
| | | | | 390.00 | 17098 | 05/09/03 |
| | | | | 256.50 | 17099 | 05/09/03 |
| | | | | 15,318.13 | 17100 | 05/09/03 |
| | | | | 438.60 | 17101-A | 05/09/03 |
| | | | | 1,212.20 | 17101-B | 05/09/03 |
| | | | | 3,603.04 | 17102 | 05/09/03 |
| | | | | 1,366.40 | 17103 | 05/09/03 |
| | | | | 1,365.00 | 17104 | 05/09/03 |
| | | | | 424.00 | 17105 | 05/09/03 |
| | | | | 602.46 | 17106 | 05/09/03 |
| | | | | 823.68 | 17108 | 05/09/03 |
| | | | | 602.46 | 17109 | 05/09/03 |
| | | | | 219.20 | 17110 | 05/09/03 |
| | | | | 828.80 | 17111 | 05/09/03 |
| | | | | 5,348.04 | 17112 | 05/09/03 |
| | | | | 1,730.28 | 17113 | 05/09/03 |
| | | | | 1,952.00 | 17179 | 05/09/03 |
| | | | | 3,685.24 | 247 | 05/09/03 |
| | | | | 368.00 | 03PTX-S024 | 05/10/03 |
| | | | | 54,796.56 | 17114 | 05/12/03 |
| | | | | 54,796.56 | 17115 | 05/12/03 |
| | | | | 54,796.56 | 17116 | 05/12/03 |
| | | | | 3,650.40 | 17117 | 05/12/03 |
| | | | | 1,846.80 | 17118 | 05/12/03 |
| | | | | 222.20 | 17119 | 05/12/03 |
| | | | | 17,406.44 | 17120 | 05/12/03 |
| | | | | 1,396.80 | 17121 | 05/12/03 |
| | | | | 1,287.00 | 17122 | 05/12/03 |
| | | | | 1,178.44 | 17123 | 05/12/03 |
| | | | | 1,700.88 | 17124 | 05/12/03 |
| | | | | 3,315.80 | 17125 | 05/12/03 |
| | | | | 702.00 | 17126 | 05/12/03 |
| | | | | 1,230.00 | 17127 | 05/12/03 |
| | | | | 528.20 | 17128 | 05/12/03 |
| | | | | 222.20 | 17129 | 05/12/03 |
| | | | | 438.60 | 17130 | 05/12/03 |
| | | | | 3,018.34 | 17131 | 05/12/03 |
| | | | | 812.00 | 17132 | 05/12/03 |
| | | | | 484.88 | 17133 | 05/12/03 |
| | | | | 536.80 | 17134 | 05/12/03 |
| | | | | 1,395.90 | 17135 | 05/12/03 |
| | | | | 426.00 | 17136 | 05/12/03 |
| | | | | 877.20 | 17137 | 05/12/03 |
| | | | | 997.12 | 17138 | 05/12/03 |
| | | | | 519.20 | 17139 | 05/12/03 |

**Pillowtex Corporation Preference Analysis**
**Preference Period May 1, 2003 to July 30, 2003**
**Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.**

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 1,365.00 | 17140 | 05/12/03 |
| | | | | 8,652.98 | 17141 | 05/12/03 |
| | | | | 1,631.04 | 17142 | 05/12/03 |
| | | | | 937.16 | 17143 | 05/12/03 |
| | | | | 669.40 | 17144 | 05/12/03 |
| | | | | 717.20 | 17145 | 05/12/03 |
| | | | | 4,894.98 | 17146 | 05/12/03 |
| | | | | 7,777.28 | 17147 | 05/12/03 |
| | | | | 1,363.90 | 17148 | 05/12/03 |
| | | | | 6,182.64 | 17149 | 05/12/03 |
| | | | | 2,177.40 | 17150 | 05/12/03 |
| | | | | 4,677.40 | 17151 | 05/12/03 |
| | | | | 3,341.00 | 17152 | 05/12/03 |
| | | | | 696.60 | 17153 | 05/12/03 |
| | | | | 10,054.24 | 17154 | 05/12/03 |
| | | | | 277.80 | 17155 | 05/12/03 |
| | | | | 1,336.40 | 17156 | 05/12/03 |
| | | | | 2,196.48 | 17157 | 05/12/03 |
| | | | | 357.20 | 17158 | 05/12/03 |
| | | | | 397.80 | 17159 | 05/12/03 |
| | | | | 1,939.52 | 17160 | 05/12/03 |
| | | | | 279.00 | 17161 | 05/12/03 |
| | | | | 484.00 | 17162 | 05/12/03 |
| | | | | 1,668.80 | 17163 | 05/12/03 |
| | | | | 222.50 | 17164 | 05/12/03 |
| | | | | 729.12 | 17165 | 05/12/03 |
| | | | | 6,609.60 | 17166 | 05/12/03 |
| | | | | 145.60 | 17167 | 05/12/03 |
| | | | | 877.80 | 17168 | 05/12/03 |
| | | | | 458.70 | 17169 | 05/12/03 |
| | | | | 384.00 | 17170 | 05/12/03 |
| | | | | 500.08 | 17171 | 05/12/03 |
| | | | | 303.50 | 17172 | 05/12/03 |
| | | | | 221.40 | 17173 | 05/12/03 |
| | | | | 9,363.60 | 17174 | 05/12/03 |
| | | | | 1,278.60 | 17175 | 05/12/03 |
| | | | | 214.70 | 17176 | 05/12/03 |
| | | | | 574.56 | 17177 | 05/12/03 |
| | | | | 1,762.50 | 17178 | 05/12/03 |
| | | | | 441.60 | 17180 | 05/12/03 |
| | | | | (4,280.64) | 90000324 | 05/12/03 |
| | | | | 274.20 | 17181 | 05/13/03 |
| | | | | 1,456.00 | 17182 | 05/13/03 |
| | | | | 2,025.12 | 17183 | 05/13/03 |
| | | | | 289.60 | 17184 | 05/13/03 |
| | | | | 988.00 | 17185 | 05/13/03 |
| | | | | 780.00 | 17186 | 05/13/03 |
| | | | | 1,677.12 | 17187 | 05/13/03 |
| | | | | 812.00 | 17188 | 05/13/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 2,284.20 | 17189 | 05/13/03 |
| | | | | 3,760.50 | 17190 | 05/13/03 |
| | | | | 1,451.60 | 17191 | 05/13/03 |
| | | | | 615.00 | 17192 | 05/13/03 |
| | | | | 3,959.20 | 17193 | 05/13/03 |
| | | | | 122.20 | 17194 | 05/13/03 |
| | | | | 484.00 | 17195 | 05/13/03 |
| | | | | 246.00 | 17196 | 05/13/03 |
| | | | | 3,225.60 | 17197 | 05/13/03 |
| | | | | 1,700.88 | 17198 | 05/13/03 |
| | | | | 3,560.00 | 17199 | 05/13/03 |
| | | | | 837.54 | 17200 | 05/13/03 |
| | | | | 499.20 | 17201 | 05/13/03 |
| | | | | 424.00 | 17202 | 05/13/03 |
| | | | | 707.00 | 17203 | 05/13/03 |
| | | | | 801.00 | 17204 | 05/13/03 |
| | | | | 802.20 | 17205 | 05/13/03 |
| | | | | 813.60 | 17206 | 05/13/03 |
| | | | | 1,265.25 | 17207 | 05/13/03 |
| | | | | 2,872.80 | 17208 | 05/13/03 |
| | | | | 3,968.00 | 17209 | 05/13/03 |
| | | | | 826.20 | 17210 | 05/13/03 |
| | | | | 275.40 | 17211 | 05/13/03 |
| | | | | 1,101.60 | 17212 | 05/13/03 |
| | | | | 1,641.60 | 17213 | 05/13/03 |
| | | | | 2,112.54 | 17214 | 05/13/03 |
| | | | | 271.20 | 17215 | 05/13/03 |
| | | | | 1,395.90 | 17216 | 05/13/03 |
| | | | | 2,249.82 | 17217 | 05/13/03 |
| | | | | 2,409.84 | 17218 | 05/13/03 |
| | | | | 401.64 | 17219 | 05/13/03 |
| | | | | 1,532.52 | 17220 | 05/13/03 |
| | | | | 1,133.92 | 17221 | 05/13/03 |
| | | | | 2,757.70 | 17222 | 05/13/03 |
| | | | | 429.00 | 17223 | 05/13/03 |
| | | | | 1,363.90 | 17224 | 05/13/03 |
| | | | | 445.00 | 17225 | 05/13/03 |
| | | | | 6,035.00 | 17226 | 05/13/03 |
| | | | | 3,674.40 | 17227 | 05/13/03 |
| | | | | 3,814.40 | 17228 | 05/13/03 |
| | | | | 1,336.40 | 17229 | 05/13/03 |
| | | | | 1,921.92 | 17230 | 05/13/03 |
| | | | | 569.70 | 17231 | 05/13/03 |
| | | | | 742.95 | 17232 | 05/13/03 |
| | | | | 1,028.80 | 17233 | 05/13/03 |
| | | | | 291.60 | 17234 | 05/13/03 |
| | | | | 163.50 | 17235 | 05/13/03 |
| | | | | 279.00 | 17236 | 05/13/03 |
| | | | | 299.00 | 17237 | 05/13/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 803.28 | 17238 | 05/13/03 |
| | | | | 459.00 | 17239 | 05/13/03 |
| | | | | 1,111.80 | 17240 | 05/13/03 |
| | | | | 166.80 | 17241 | 05/13/03 |
| | | | | 186.00 | 17242 | 05/13/03 |
| | | | | 725.80 | 17243 | 05/13/03 |
| | | | | 1,287.00 | 17244 | 05/13/03 |
| | | | | 2,246.34 | 17245 | 05/13/03 |
| | | | | 182.40 | 17246 | 05/13/03 |
| | | | | 727.60 | 17247 | 05/13/03 |
| | | | | 3,225.60 | 17248 | 05/13/03 |
| | | | | 2,063.04 | 17249 | 05/13/03 |
| | | | | 7,654.64 | 17250 | 05/13/03 |
| | | | | 32.00 | 17251 | 05/13/03 |
| | | | | 1,912.96 | 17252 | 05/13/03 |
| | | | | 1,794.00 | 17253 | 05/13/03 |
| | | | | 598.00 | 17254 | 05/13/03 |
| | | | | 1,606.56 | 17255 | 05/13/03 |
| | | | | 180.20 | 17256 | 05/13/03 |
| | | | | 267.76 | 17257 | 05/13/03 |
| | | | | 975.24 | 17258 | 05/13/03 |
| | | | | 1,495.00 | 17259 | 05/13/03 |
| | | | | 3,829.80 | 17260 | 05/13/03 |
| | | | | 7.20 | 17261 | 05/13/03 |
| | | | | 565.60 | 17262 | 05/13/03 |
| | | | | 968.00 | 17263 | 05/13/03 |
| | | | | 1,907.20 | 17264 | 05/13/03 |
| | | | | 1,002.80 | 17265 | 05/13/03 |
| | | | | 2,460.00 | 17266 | 05/13/03 |
| | | | | 489.60 | 17267 | 05/13/03 |
| | | | | 2,006.40 | 17268 | 05/13/03 |
| | | | | 3,968.72 | 17269 | 05/13/03 |
| | | | | 1,736.00 | 17270 | 05/13/03 |
| | | | | 1,984.00 | 17272 | 05/13/03 |
| | | | | 1,992.60 | 17273 | 05/13/03 |
| | | | | 1,333.20 | 17274 | 05/13/03 |
| | | | | 1,232.20 | 17275 | 05/13/03 |
| | | | | 122.20 | 17276 | 05/13/03 |
| | | | | 2,073.60 | 17277 | 05/13/03 |
| | | | | 894.00 | 17278 | 05/13/03 |
| | | | | 2,745.60 | 17279 | 05/13/03 |
| | | | | 912.00 | 17280 | 05/13/03 |
| | | | | 2,952.00 | 17281 | 05/13/03 |
| | | | | 5,304.42 | 17282 | 05/13/03 |
| | | | | 1,636.20 | 17283 | 05/13/03 |
| | | | | 535.52 | 17284 | 05/13/03 |
| | | | | 727.32 | 17285 | 05/13/03 |
| | | | | 1,032.36 | 17286 | 05/13/03 |
| | | | | 1,110.30 | 17287 | 05/13/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 975.00 | 17288 | 05/13/03 |
| | | | | 2,662.30 | 17289 | 05/13/03 |
| | | | | 428.00 | 17290 | 05/13/03 |
| | | | | 439.20 | 17291 | 05/13/03 |
| | | | | 1,950.00 | 17292 | 05/13/03 |
| | | | | 1,495.00 | 17293 | 05/13/03 |
| | | | | 296.00 | 17294 | 05/13/03 |
| | | | | 145.60 | 17295 | 05/13/03 |
| | | | | 149.10 | 17296 | 05/13/03 |
| | | | | 294.40 | 17297 | 05/13/03 |
| | | | | 2,052.00 | 17298 | 05/13/03 |
| | | | | 912.40 | 17299 | 05/13/03 |
| | | | | 948.50 | 17300 | 05/13/03 |
| | | | | 714.40 | 17301 | 05/13/03 |
| | | | | 303.50 | 17302 | 05/13/03 |
| | | | | 5,148.56 | 17303 | 05/13/03 |
| | | | | 2,145.60 | 17304 | 05/13/03 |
| | | | | 1,426.88 | 17305 | 05/13/03 |
| | | | | 4,550.08 | 17306 | 05/13/03 |
| | | | | 1,071.00 | 17307 | 05/13/03 |
| | | | | 54,796.56 | 17308 | 05/13/03 |
| | | | | 54,796.56 | 17309 | 05/13/03 |
| | | | | 232.50 | 17310 | 05/14/03 |
| | | | | 608.40 | 17311 | 05/14/03 |
| | | | | 371.00 | 17312 | 05/14/03 |
| | | | | 542.40 | 17313 | 05/14/03 |
| | | | | 184.00 | 17314 | 05/14/03 |
| | | | | 2,005.50 | 17315 | 05/14/03 |
| | | | | 1,247.34 | 17316 | 05/14/03 |
| | | | | 31,592.80 | 17317 | 05/14/03 |
| | | | | 459.54 | 17318 | 05/14/03 |
| | | | | 1,032.36 | 17319 | 05/14/03 |
| | | | | 250.20 | 17320 | 05/14/03 |
| | | | | 275.40 | 17321 | 05/14/03 |
| | | | | 824.81 | 17322 | 05/14/03 |
| | | | | 436.56 | 17323 | 05/14/03 |
| | | | | 1,408.80 | 17324 | 05/14/03 |
| | | | | 818.34 | 17325 | 05/14/03 |
| | | | | 1,129.60 | 17326 | 05/14/03 |
| | | | | 357.20 | 17327 | 05/14/03 |
| | | | | 2,244.80 | 17328 | 05/14/03 |
| | | | | 658.80 | 17329 | 05/14/03 |
| | | | | 369.00 | 17330 | 05/14/03 |
| | | | | 363.80 | 17331 | 05/14/03 |
| | | | | 1,652.40 | 17332 | 05/14/03 |
| | | | | 988.00 | 17333 | 05/14/03 |
| | | | | 1,377.00 | 17334 | 05/14/03 |
| | | | | 17,415.22 | 17335 | 05/14/03 |
| | | | | 413.28 | 17336 | 05/14/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 1,003.20 | 17337 | 05/14/03 |
| | | | | 557.28 | 17338 | 05/14/03 |
| | | | | 182.80 | 17339 | 05/14/03 |
| | | | | 2,530.50 | 17340 | 05/14/03 |
| | | | | 2,831.00 | 17341 | 05/14/03 |
| | | | | 512.35 | 17342 | 05/14/03 |
| | | | | 1,921.92 | 17343 | 05/14/03 |
| | | | | 15,434.60 | 17344 | 05/14/03 |
| | | | | 963.80 | 17345 | 05/14/03 |
| | | | | 602.46 | 17346 | 05/14/03 |
| | | | | 254.40 | 17347 | 05/14/03 |
| | | | | 324.00 | 17348 | 05/14/03 |
| | | | | 149.10 | 17349 | 05/14/03 |
| | | | | 219.20 | 17350 | 05/14/03 |
| | | | | 12,645.36 | 17351 | 05/14/03 |
| | | | | 2,909.28 | 17352 | 05/14/03 |
| | | | | 416.70 | 17353 | 05/14/03 |
| | | | | 1,349.60 | 17354 | 05/14/03 |
| | | | | 6,612.00 | 17355 | 05/14/03 |
| | | | | 1,131.20 | 17356 | 05/14/03 |
| | | | | 213.00 | 17357 | 05/14/03 |
| | | | | 4,286.40 | 17358 | 05/14/03 |
| | | | | 2,006.40 | 17359 | 05/14/03 |
| | | | | 364.00 | 17360 | 05/14/03 |
| | | | | 1,002.30 | 17361 | 05/14/03 |
| | | | | 2,846.76 | 17362 | 05/14/03 |
| | | | | 1,984.00 | 17363 | 05/14/03 |
| | | | | 396.80 | 17364 | 05/14/03 |
| | | | | 793.60 | 17365 | 05/14/03 |
| | | | | 8,618.40 | 17366 | 05/14/03 |
| | | | | 114.00 | 17367 | 05/14/03 |
| | | | | 4,559.70 | 17368 | 05/14/03 |
| | | | | 725.40 | 17369 | 05/14/03 |
| | | | | 1,725.64 | 17370 | 05/14/03 |
| | | | | 713.44 | 17371 | 05/14/03 |
| | | | | 123.00 | 17372 | 05/14/03 |
| | | | | 122.20 | 17373 | 05/14/03 |
| | | | | 401.64 | 17374 | 05/14/03 |
| | | | | 401.64 | 17375 | 05/14/03 |
| | | | | 424.00 | 17376 | 05/14/03 |
| | | | | 3,350.16 | 17377 | 05/14/03 |
| | | | | 3,720.44 | 17378 | 05/14/03 |
| | | | | 548.60 | 17379 | 05/14/03 |
| | | | | 654.48 | 17380 | 05/14/03 |
| | | | | 3,118.28 | 17381 | 05/14/03 |
| | | | | 3,129.30 | 17382 | 05/14/03 |
| | | | | 549.12 | 17383 | 05/14/03 |
| | | | | 7,540.68 | 17384 | 05/14/03 |
| | | | | 3,510.68 | 17385 | 05/14/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 459.54 | 17386 | 05/14/03 |
| | | | | 2,817.60 | 17387 | 05/14/03 |
| | | | | 3,874.00 | 17388 | 05/14/03 |
| | | | | 572.67 | 17389 | 05/14/03 |
| | | | | 666.90 | 17390 | 05/14/03 |
| | | | | 273.60 | 17391 | 05/14/03 |
| | | | | 1,997.00 | 17392 | 05/14/03 |
| | | | | 446.40 | 17393 | 05/14/03 |
| | | | | 298.00 | 17394 | 05/14/03 |
| | | | | 304.50 | 17395 | 05/14/03 |
| | | | | 4,927.30 | 17396 | 05/14/03 |
| | | | | 446.40 | 17397 | 05/14/03 |
| | | | | 198.00 | 17398 | 05/14/03 |
| | | | | 552.00 | 17399 | 05/14/03 |
| | | | | 846.40 | 17400 | 05/14/03 |
| | | | | 1,430.40 | 17401 | 05/14/03 |
| | | | | 468.00 | 17402 | 05/14/03 |
| | | | | 843.50 | 17403 | 05/14/03 |
| | | | | 184.00 | 17404 | 05/14/03 |
| | | | | 396.80 | 17405 | 05/14/03 |
| | | | | 793.60 | 17406 | 05/14/03 |
| | | | | 3,078.00 | 17407 | 05/14/03 |
| | | | | 865.92 | 17408 | 05/14/03 |
| | | | | 2,754.00 | 17409 | 05/14/03 |
| | | | | 7,063.35 | 17410 | 05/14/03 |
| | | | | 291.60 | 17411 | 05/14/03 |
| | | | | 298.20 | 17412 | 05/14/03 |
| | | | | 453.20 | 17413 | 05/14/03 |
| | | | | 1,196.00 | 17414 | 05/14/03 |
| | | | | 557.28 | 17415 | 05/14/03 |
| | | | | 144.30 | 17416 | 05/14/03 |
| | | | | 1,495.00 | 17417 | 05/14/03 |
| | | | | 2,449.88 | 17418 | 05/14/03 |
| | | | | 6,172.14 | 17419 | 05/14/03 |
| | | | | 448.50 | 17420 | 05/14/03 |
| | | | | 109.60 | 17421 | 05/14/03 |
| | | | | 426.00 | 17422 | 05/14/03 |
| | | | | 8,013.67 | 17423 | 05/14/03 |
| | | | | 143.00 | 03PTX-S025 | 05/15/03 |
| | | | | (961,499.45) | AGED INVEN | 05/15/03 |
| | | | | (419,787.24) | DEDUCTION | 05/15/03 |
| | | | | 79,082.64 | 17424 | 05/16/03 |
| | | | | 54,796.56 | 17425 | 05/16/03 |
| | | | | 42,151.20 | 17426 | 05/16/03 |
| | | | | 2,211.00 | 17427 | 05/16/03 |
| | | | | 1,672.00 | 17428 | 05/16/03 |
| | | | | 442.44 | 17429 | 05/16/03 |
| | | | | 1,400.18 | 17430 | 05/16/03 |
| | | | | 339.34 | 17431 | 05/16/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 125.40 | 17432 | 05/16/03 |
| | | | | 250.20 | 17433 | 05/16/03 |
| | | | | 528.20 | 17434 | 05/16/03 |
| | | | | 264.10 | 17435 | 05/16/03 |
| | | | | 364.56 | 17436 | 05/16/03 |
| | | | | 250.04 | 17437 | 05/16/03 |
| | | | | 657.90 | 17438 | 05/16/03 |
| | | | | 714.40 | 17439 | 05/16/03 |
| | | | | 727.32 | 17440 | 05/16/03 |
| | | | | 1,605.24 | 17441 | 05/16/03 |
| | | | | 801.00 | 17442 | 05/16/03 |
| | | | | 198.00 | 17443 | 05/16/03 |
| | | | | 513.00 | 17444 | 05/16/03 |
| | | | | 519.20 | 17445 | 05/16/03 |
| | | | | 364.56 | 17446 | 05/16/03 |
| | | | | 812.00 | 17447 | 05/16/03 |
| | | | | 732.00 | 17448 | 05/16/03 |
| | | | | 439.20 | 17449 | 05/16/03 |
| | | | | 219.20 | 17450 | 05/16/03 |
| | | | | 309.40 | 17451 | 05/16/03 |
| | | | | 192.00 | 17452 | 05/16/03 |
| | | | | 569.70 | 17453 | 05/16/03 |
| | | | | 340.40 | 17454 | 05/16/03 |
| | | | | 340.40 | 17455 | 05/16/03 |
| | | | | 121.60 | 17456 | 05/16/03 |
| | | | | 894.00 | 17457 | 05/16/03 |
| | | | | 401.64 | 17458 | 05/16/03 |
| | | | | 298.00 | 17459 | 05/16/03 |
| | | | | 713.44 | 17460 | 05/16/03 |
| | | | | 1,377.00 | 17461 | 05/16/03 |
| | | | | 878.40 | 17462 | 05/16/03 |
| | | | | 3,650.40 | 17463 | 05/16/03 |
| | | | | 750.60 | 17464 | 05/16/03 |
| | | | | 669.40 | 17465 | 05/16/03 |
| | | | | 337.40 | 17466 | 05/16/03 |
| | | | | 4,684.80 | 17467 | 05/16/03 |
| | | | | 54,796.56 | 17468 | 05/19/03 |
| | | | | 190.89 | 17469 | 05/19/03 |
| | | | | 802.62 | 17470 | 05/19/03 |
| | | | | 1,950.00 | 17471 | 05/19/03 |
| | | | | 5,764.40 | 17472 | 05/19/03 |
| | | | | 417.96 | 17473 | 05/19/03 |
| | | | | 1,561.60 | 17474 | 05/19/03 |
| | | | | 421.75 | 17475 | 05/19/03 |
| | | | | 801.00 | 17476 | 05/19/03 |
| | | | | 381.78 | 17477 | 05/19/03 |
| | | | | 727.32 | 17478 | 05/19/03 |
| | | | | 221.40 | 17479 | 05/19/03 |
| | | | | 395.20 | 17480 | 05/19/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 338.56 | 17481 | 05/19/03 |
| | | | | 572.67 | 17482 | 05/19/03 |
| | | | | 357.20 | 17483 | 05/19/03 |
| | | | | 4,587.96 | 17484 | 05/19/03 |
| | | | | 1,694.00 | 17485 | 05/19/03 |
| | | | | 725.40 | 17486 | 05/19/03 |
| | | | | 2,791.80 | 17487 | 05/19/03 |
| | | | | 395.20 | 17488 | 05/19/03 |
| | | | | 1,848.70 | 17489 | 05/19/03 |
| | | | | 5,610.30 | 17490 | 05/19/03 |
| | | | | 737.40 | 17491 | 05/19/03 |
| | | | | 12,365.62 | 17492 | 05/19/03 |
| | | | | 2,455.02 | 17493 | 05/19/03 |
| | | | | 23,028.00 | 17494 | 05/19/03 |
| | | | | 5,482.75 | 17495 | 05/19/03 |
| | | | | 769.50 | 17496 | 05/19/03 |
| | | | | 417.96 | 17497 | 05/19/03 |
| | | | | 109.08 | 17498 | 05/19/03 |
| | | | | 1,952.00 | 17499 | 05/19/03 |
| | | | | 243.20 | 17500 | 05/19/03 |
| | | | | 9,632.56 | 17501 | 05/19/03 |
| | | | | 1,485.90 | 17502 | 05/19/03 |
| | | | | 990.60 | 17503 | 05/19/03 |
| | | | | 894.60 | 17504 | 05/19/03 |
| | | | | 988.40 | 17505 | 05/19/03 |
| | | | | 495.30 | 17506 | 05/19/03 |
| | | | | 455.00 | 17507 | 05/19/03 |
| | | | | 368.00 | 17508 | 05/19/03 |
| | | | | 5,832.96 | 17509 | 05/19/03 |
| | | | | 4,668.30 | 17510 | 05/19/03 |
| | | | | 446.40 | 17511 | 05/19/03 |
| | | | | 488.00 | 17512 | 05/19/03 |
| | | | | 5,468.40 | 17513 | 05/19/03 |
| | | | | 1,458.20 | 17514 | 05/19/03 |
| | | | | 604.80 | 17515 | 05/19/03 |
| | | | | 406.40 | 17516 | 05/19/03 |
| | | | | 2,541.50 | 17517 | 05/19/03 |
| | | | | 7,592.40 | 17518 | 05/19/03 |
| | | | | 3,036.60 | 17519 | 05/19/03 |
| | | | | 897.00 | 17520 | 05/19/03 |
| | | | | 388.88 | 17521 | 05/19/03 |
| | | | | 885.60 | 17522 | 05/19/03 |
| | | | | 7,649.40 | 17523 | 05/19/03 |
| | | | | 1,675.80 | 17524 | 05/19/03 |
| | | | | 8,120.00 | 17525 | 05/19/03 |
| | | | | 3,604.50 | 17526 | 05/19/03 |
| | | | | 12,700.32 | 17527 | 05/19/03 |
| | | | | 13,021.12 | 17528 | 05/19/03 |
| | | | | 20,335.28 | 17529 | 05/19/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758347 (cont) | 05/29/03 | 06/02/03 | | 54,796.56 | 17530 | 05/19/03 |
| Total | | | 643,743.60 | 643,743.60 | | |
| 17865 | 06/03/03 | 06/03/03 | 224,181.60 | 99,520.00 | 94SSI0197P | 04/07/03 |
| | | | | 49,612.50 | 94SSI0203P | 04/14/03 |
| | | | | 49,612.50 | 94SSI0222P | 04/21/03 |
| | | | | 19,477.50 | 94SSI0223P | 04/28/03 |
| | | | | 5,959.10 | 94SSI0285PINTLWIRE | 06/02/03 |
| Total | | | 224,181.60 | 224,181.60 | | |
| 758784 | 06/02/03 | 06/04/03 | 381,699.46 | 534.00 | 03PTX-S026 | 05/20/03 |
| | | | | 54,796.56 | 17531 | 05/20/03 |
| | | | | 79,082.64 | 17532 | 05/21/03 |
| | | | | 1,035.88 | 17615 | 05/22/03 |
| | | | | 501.20 | 17616 | 05/22/03 |
| | | | | 138.90 | 17617 | 05/22/03 |
| | | | | 7,491.12 | 17618 | 05/22/03 |
| | | | | 494.00 | 17619 | 05/22/03 |
| | | | | 27,221.40 | 17620 | 05/22/03 |
| | | | | 2,300.55 | 17621 | 05/22/03 |
| | | | | 726.00 | 17622 | 05/22/03 |
| | | | | 1,281.68 | 17623 | 05/22/03 |
| | | | | 1,755.00 | 17624 | 05/22/03 |
| | | | | 460.80 | 17625 | 05/22/03 |
| | | | | 438.60 | 17626 | 05/22/03 |
| | | | | 175.56 | 17627 | 05/22/03 |
| | | | | 1,472.68 | 17628 | 05/22/03 |
| | | | | 267.76 | 17629 | 05/22/03 |
| | | | | 969.76 | 17630 | 05/22/03 |
| | | | | 327.24 | 17631 | 05/22/03 |
| | | | | 442.44 | 17632 | 05/22/03 |
| | | | | 691.20 | 17633 | 05/22/03 |
| | | | | 598.00 | 17634 | 05/22/03 |
| | | | | 1,353.00 | 17635 | 05/22/03 |
| | | | | 5,165.00 | 17636 | 05/22/03 |
| | | | | 428.00 | 17637 | 05/22/03 |
| | | | | 1,703.40 | 17638 | 05/22/03 |
| | | | | 2,909.28 | 17639 | 05/22/03 |
| | | | | 4,516.20 | 17640 | 05/22/03 |
| | | | | 7,531.44 | 17641 | 05/22/03 |
| | | | | 1,137.24 | 17642 | 05/22/03 |
| | | | | 948.50 | 17643 | 05/22/03 |
| | | | | 239.40 | 17644 | 05/22/03 |
| | | | | 10,028.00 | 17645 | 05/22/03 |
| | | | | 484.00 | 17646 | 05/22/03 |
| | | | | 244.40 | 17647 | 05/22/03 |
| | | | | 2,925.00 | 17648 | 05/22/03 |
| | | | | 1,496.70 | 17649 | 05/22/03 |
| | | | | 439.20 | 17650 | 05/22/03 |
| | | | | 6,612.63 | 17651 | 05/22/03 |
| | | | | 492.80 | 17652 | 05/22/03 |