# **EXHIBIT "B" (Part 5 of 6)**

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 758784 (cont) | 06/02/03 | 06/04/03 | | 557.28 | 17653 | 05/22/03 |
| | | | | 669.40 | 17654 | 05/22/03 |
| | | | | 14,365.80 | 17655 | 05/22/03 |
| | | | | 1,478.40 | 17656 | 05/22/03 |
| | | | | 790.40 | 17657 | 05/22/03 |
| | | | | 1,377.40 | 17658 | 05/22/03 |
| | | | | 10,875.60 | 17659 | 05/22/03 |
| | | | | 541.20 | 17660 | 05/22/03 |
| | | | | 727.60 | 17661 | 05/22/03 |
| | | | | 1,521.00 | 17662 | 05/22/03 |
| | | | | 576.00 | 17663 | 05/22/03 |
| | | | | 1,088.70 | 17664 | 05/22/03 |
| | | | | 12,160.94 | 17665 | 05/22/03 |
| | | | | 309.40 | 17666 | 05/22/03 |
| | | | | 589.80 | 17667 | 05/22/03 |
| | | | | 459.00 | 17668 | 05/22/03 |
| | | | | 9,501.52 | 17669 | 05/22/03 |
| | | | | 7,209.00 | 17670 | 05/22/03 |
| | | | | 1,216.80 | 17671 | 05/22/03 |
| | | | | 2,872.80 | 17672 | 05/22/03 |
| | | | | 12,535.00 | 17673 | 05/22/03 |
| | | | | 1,930.50 | 17674 | 05/22/03 |
| | | | | 714.40 | 17675 | 05/22/03 |
| | | | | 9,898.00 | 17676 | 05/22/03 |
| | | | | 976.00 | 17677 | 05/22/03 |
| | | | | 243.20 | 17678 | 05/22/03 |
| | | | | 792.30 | 17679 | 05/22/03 |
| | | | | 1,395.90 | 17680 | 05/22/03 |
| | | | | 4,712.00 | 17681 | 05/22/03 |
| | | | | 1,825.20 | 17682 | 05/22/03 |
| | | | | 738.00 | 17683 | 05/22/03 |
| | | | | 5,548.00 | 17684 | 05/22/03 |
| | | | | 364.56 | 17685 | 05/22/03 |
| | | | | 425.85 | 17686 | 05/22/03 |
| | | | | 5,515.40 | 17687 | 05/22/03 |
| | | | | 395.20 | 17688 | 05/22/03 |
| | | | | 585.60 | 17689 | 05/22/03 |
| | | | | 1,521.00 | 17690 | 05/22/03 |
| | | | | 11,241.16 | 17691 | 05/22/03 |
| | | | | 14,100.39 | 17692 | 05/22/03 |
| | | | | 571.80 | 17693 | 05/22/03 |
| | | | | 4,924.80 | 17694 | 05/22/03 |
| Total | | | 381,699.46 | 381,699.46 | | |
| 17886 | 06/05/03 | 06/05/03 | 85,903.21 | 85,903.21 | 94SSI0281PINTLWIRE | 05/26/03 |
| Total | | | 85,903.21 | 85,903.21 | | |
| 759516 | 06/09/03 | 06/11/03 | 519,479.57 | 384.00 | 17534 | 05/21/03 |
| | | | | 282.80 | 17535 | 05/21/03 |
| | | | | 1,012.80 | 17536 | 05/21/03 |
| | | | | 1,072.86 | 17537 | 05/21/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 759516 (cont) | 06/09/03 | 06/11/03 | | 4,280.64 | 17538 | 05/21/03 |
| | | | | 2,643.00 | 17539 | 05/21/03 |
| | | | | 3,725.00 | 17540 | 05/21/03 |
| | | | | 1,188.20 | 17541 | 05/21/03 |
| | | | | 274.20 | 17542 | 05/21/03 |
| | | | | 2,497.04 | 17543 | 05/21/03 |
| | | | | 1,760.00 | 17544 | 05/21/03 |
| | | | | 1,131.20 | 17545 | 05/21/03 |
| | | | | 396.80 | 17546 | 05/21/03 |
| | | | | 2,675.20 | 17547 | 05/21/03 |
| | | | | 1,668.80 | 17548 | 05/21/03 |
| | | | | 1,984.00 | 17549 | 05/21/03 |
| | | | | 664.20 | 17550 | 05/21/03 |
| | | | | 4,130.64 | 17551 | 05/21/03 |
| | | | | 400.40 | 17552 | 05/21/03 |
| | | | | 923.48 | 17553 | 05/21/03 |
| | | | | 2,250.64 | 17554 | 05/21/03 |
| | | | | 820.80 | 17555 | 05/21/03 |
| | | | | 158.10 | 17556 | 05/21/03 |
| | | | | 7,407.68 | 17557 | 05/21/03 |
| | | | | 897.00 | 17558 | 05/21/03 |
| | | | | 228.80 | 17559 | 05/21/03 |
| | | | | 1,794.00 | 17560 | 05/21/03 |
| | | | | 2,008.20 | 17561 | 05/21/03 |
| | | | | 299.00 | 17562 | 05/21/03 |
| | | | | 897.00 | 17563 | 05/21/03 |
| | | | | 728.00 | 17564 | 05/21/03 |
| | | | | 192.00 | 17565 | 05/21/03 |
| | | | | 770.56 | 17566 | 05/21/03 |
| | | | | 574.56 | 17567 | 05/21/03 |
| | | | | 1,069.00 | 17568 | 05/21/03 |
| | | | | 294.96 | 17569 | 05/21/03 |
| | | | | 145.50 | 17570 | 05/21/03 |
| | | | | 144.30 | 17571 | 05/21/03 |
| | | | | 146.30 | 17572 | 05/21/03 |
| | | | | 337.40 | 17573 | 05/21/03 |
| | | | | 299.00 | 17574 | 05/21/03 |
| | | | | 267.76 | 17575 | 05/21/03 |
| | | | | 401.64 | 17576 | 05/21/03 |
| | | | | 674.80 | 17577 | 05/21/03 |
| | | | | 417.96 | 17578 | 05/21/03 |
| | | | | 1,846.80 | 17579 | 05/21/03 |
| | | | | 3,645.60 | 17580 | 05/21/03 |
| | | | | 11,030.80 | 17581 | 05/21/03 |
| | | | | 4,487.04 | 17582 | 05/21/03 |
| | | | | 1,020.60 | 17583 | 05/21/03 |
| | | | | 1,051.38 | 17584 | 05/21/03 |
| | | | | 3,082.24 | 17585 | 05/21/03 |
| | | | | 5,656.00 | 17586 | 05/21/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 759516 (cont) | 06/09/03 | 06/11/03 | | 13,350.00 | 17587 | 05/21/03 |
| | | | | 3,720.00 | 17588 | 05/21/03 |
| | | | | 545.40 | 17589 | 05/21/03 |
| | | | | 1,719.00 | 17590 | 05/21/03 |
| | | | | 184.00 | 17591 | 05/21/03 |
| | | | | 988.40 | 17592 | 05/21/03 |
| | | | | 1,284.00 | 17593 | 05/21/03 |
| | | | | 209.40 | 17594 | 05/21/03 |
| | | | | 2,379.60 | 17595 | 05/21/03 |
| | | | | 378.00 | 17596 | 05/21/03 |
| | | | | 328.80 | 17597 | 05/21/03 |
| | | | | 166.80 | 17598 | 05/21/03 |
| | | | | 481.90 | 17599 | 05/21/03 |
| | | | | 369.00 | 17600 | 05/21/03 |
| | | | | 713.44 | 17601 | 05/21/03 |
| | | | | 528.20 | 17602 | 05/21/03 |
| | | | | 221.40 | 17603 | 05/21/03 |
| | | | | 770.90 | 17604 | 05/21/03 |
| | | | | 1,283.76 | 17605 | 05/21/03 |
| | | | | 1,231.20 | 17606 | 05/21/03 |
| | | | | 192.00 | 17695 | 05/27/03 |
| | | | | 429.00 | 17696 | 05/27/03 |
| | | | | 239.20 | 17697 | 05/27/03 |
| | | | | 439.20 | 17698 | 05/27/03 |
| | | | | 369.00 | 17699 | 05/27/03 |
| | | | | 1,672.00 | 17700 | 05/27/03 |
| | | | | 302.40 | 17701 | 05/27/03 |
| | | | | 434.40 | 17702 | 05/27/03 |
| | | | | 683.20 | 17703 | 05/27/03 |
| | | | | 548.60 | 17705 | 05/27/03 |
| | | | | 1,003.20 | 17706 | 05/27/03 |
| | | | | 250.20 | 17707 | 05/27/03 |
| | | | | 352.00 | 17708 | 05/27/03 |
| | | | | 332.80 | 17709 | 05/27/03 |
| | | | | 1,850.80 | 17710 | 05/27/03 |
| | | | | 985.60 | 17711 | 05/27/03 |
| | | | | 1,018.02 | 17712 | 05/27/03 |
| | | | | 780.80 | 17713 | 05/27/03 |
| | | | | 2,478.60 | 17714 | 05/27/03 |
| | | | | 729.12 | 17715 | 05/27/03 |
| | | | | 728.00 | 17716 | 05/27/03 |
| | | | | 145.80 | 17717 | 05/27/03 |
| | | | | 244.00 | 17718 | 05/27/03 |
| | | | | 9,784.60 | 17719 | 05/27/03 |
| | | | | 481.90 | 17720 | 05/27/03 |
| | | | | 1,191.30 | 17721 | 05/27/03 |
| | | | | 521.64 | 17722 | 05/27/03 |
| | | | | 149.10 | 17723 | 05/27/03 |
| | | | | 247.65 | 17724 | 05/27/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 759516 (cont) | 06/09/03 | 06/11/03 | | 1,012.80 | 17725 | 05/27/03 |
| | | | | 388.80 | 17726 | 05/27/03 |
| | | | | 1,377.00 | 17727 | 05/27/03 |
| | | | | 1,395.66 | 17728 | 05/27/03 |
| | | | | 932.16 | 17729 | 05/27/03 |
| | | | | 717.60 | 17730 | 05/27/03 |
| | | | | 797.52 | 17731 | 05/27/03 |
| | | | | 1,631.28 | 17732 | 05/27/03 |
| | | | | 602.46 | 17733 | 05/27/03 |
| | | | | 713.44 | 17734 | 05/27/03 |
| | | | | 208.98 | 17735 | 05/27/03 |
| | | | | 493.08 | 17736 | 05/27/03 |
| | | | | 658.33 | 17737 | 05/27/03 |
| | | | | 677.12 | 17738 | 05/27/03 |
| | | | | 3,009.60 | 17739 | 05/27/03 |
| | | | | 678.68 | 17740 | 05/27/03 |
| | | | | 1,299.06 | 17741 | 05/27/03 |
| | | | | 727.60 | 17742 | 05/27/03 |
| | | | | 357.20 | 17743 | 05/27/03 |
| | | | | 350.56 | 17744 | 05/27/03 |
| | | | | 219.60 | 17745 | 05/27/03 |
| | | | | 707.00 | 17746 | 05/27/03 |
| | | | | 848.44 | 17748 | 05/27/03 |
| | | | | 209.40 | 17749 | 05/27/03 |
| | | | | 302.40 | 17750 | 05/27/03 |
| | | | | 438.40 | 17751 | 05/27/03 |
| | | | | 219.20 | 17752 | 05/27/03 |
| | | | | 828.80 | 17753 | 05/27/03 |
| | | | | 439.20 | 177704 | 05/27/03 |
| | | | | 11,293.50 | 17783 | 05/27/03 |
| | | | | 5,211.56 | 17756 | 05/28/03 |
| | | | | 4,282.20 | 17757 | 05/28/03 |
| | | | | 3,638.88 | 17758 | 05/28/03 |
| | | | | 726.00 | 17759 | 05/28/03 |
| | | | | 3,750.60 | 17760 | 05/28/03 |
| | | | | 10,850.52 | 17761 | 05/28/03 |
| | | | | 7,945.80 | 17762 | 05/28/03 |
| | | | | 3,591.00 | 17763 | 05/28/03 |
| | | | | 2,036.04 | 17764 | 05/28/03 |
| | | | | 3,591.00 | 17765 | 05/28/03 |
| | | | | 3,650.40 | 17766 | 05/28/03 |
| | | | | 474.25 | 17767 | 05/28/03 |
| | | | | 12,109.80 | 17768 | 05/28/03 |
| | | | | 278.64 | 17769 | 05/28/03 |
| | | | | 6,651.58 | 17770 | 05/28/03 |
| | | | | 10,278.70 | 17771 | 05/28/03 |
| | | | | 489.60 | 17772 | 05/28/03 |
| | | | | 4,012.80 | 17773 | 05/28/03 |
| | | | | 3,472.00 | 17774 | 05/28/03 |

**Pillowtex Corporation Preference Analysis**
**Preference Period May 1, 2003 to July 30, 2003**
**Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.**

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 759516 (cont) | 06/09/03 | 06/11/03 | | 11,281.50 | 17775 | 05/28/03 |
| | | | | 7,852.32 | 17776 | 05/28/03 |
| | | | | 10,971.00 | 17777 | 05/28/03 |
| | | | | 33,736.72 | 17778 | 05/28/03 |
| | | | | 9,424.50 | 17779 | 05/28/03 |
| | | | | 6,015.24 | 17780 | 05/28/03 |
| | | | | 3,510.00 | 17781 | 05/28/03 |
| | | | | 498.56 | 17782 | 05/28/03 |
| | | | | 2,272.40 | 17834 | 05/29/03 |
| | | | | 465.15 | 17835 | 05/29/03 |
| | | | | 1,937.00 | 17836 | 05/29/03 |
| | | | | 1,098.24 | 17837 | 05/29/03 |
| | | | | 1,894.41 | 17838 | 05/29/03 |
| | | | | 1,631.28 | 17839 | 05/29/03 |
| | | | | 1,913.60 | 17840 | 05/29/03 |
| | | | | 2,183.40 | 17841 | 05/29/03 |
| | | | | 429.00 | 17842 | 05/29/03 |
| | | | | 2,869.40 | 17843 | 05/29/03 |
| | | | | 3,271.52 | 17844 | 05/29/03 |
| | | | | 5,737.62 | 17845 | 05/29/03 |
| | | | | 1,625.26 | 17846 | 05/29/03 |
| | | | | 9,394.00 | 17847 | 05/29/03 |
| | | | | 1,798.50 | 17848 | 05/29/03 |
| | | | | 298.00 | 17849 | 05/29/03 |
| | | | | 23,080.00 | 17850 | 05/29/03 |
| | | | | 6,642.44 | 17851 | 05/29/03 |
| | | | | 1,196.28 | 17852 | 05/29/03 |
| | | | | 398.76 | 17853 | 05/29/03 |
| | | | | 1,003.20 | 17854 | 05/29/03 |
| | | | | 1,864.32 | 17855 | 05/29/03 |
| | | | | 1,405.74 | 17856 | 05/29/03 |
| | | | | 1,595.04 | 17857 | 05/29/03 |
| | | | | 355.60 | 17858 | 05/29/03 |
| | | | | 4,134.00 | 17859 | 05/29/03 |
| | | | | 1,962.72 | 17860 | 05/29/03 |
| | | | | 1,082.40 | 17861 | 05/29/03 |
| | | | | 1,220.00 | 17862 | 05/29/03 |
| | | | | 414.40 | 17863 | 05/29/03 |
| | | | | 1,657.20 | 17864 | 05/29/03 |
| | | | | 214.70 | 17865 | 05/29/03 |
| | | | | 1,422.75 | 17866 | 05/29/03 |
| | | | | 3,128.00 | 17867 | 05/29/03 |
| | | | | 1,183.26 | 17868 | 05/29/03 |
| | | | | 343.20 | 17869 | 05/29/03 |
| | | | | 459.00 | 17870 | 05/29/03 |
| | | | | 2,008.50 | 17871 | 05/29/03 |
| | | | | 2,934.00 | 17872 | 05/29/03 |
| | | | | 1,869.60 | 17873 | 05/29/03 |
| | | | | 7,179.00 | 17874 | 05/29/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 759516 (cont) | 06/09/03 | 06/11/03 | | 3,832.60 | 17875 | 05/29/03 |
| | | | | 1,833.41 | 17876 | 05/29/03 |
| | | | | 8,006.76 | 17877 | 05/29/03 |
| | | | | 169.28 | 17878 | 05/29/03 |
| | | | | 435.60 | 17879 | 05/29/03 |
| | | | | 2,478.60 | 17880 | 05/29/03 |
| | | | | 1,265.25 | 17881 | 05/29/03 |
| | | | | 572.67 | 17882 | 05/29/03 |
| | | | | 943.60 | 17883 | 05/29/03 |
| | | | | 1,679.76 | 17884 | 05/29/03 |
| | | | | 1,468.74 | 17885 | 05/29/03 |
| | | | | 499.20 | 17886 | 05/29/03 |
| | | | | 1,602.00 | 17887 | 05/29/03 |
| | | | | 507.00 | 17888 | 05/29/03 |
| | | | | 184.00 | 17889 | 05/29/03 |
| | | | | 198.00 | 17890 | 05/29/03 |
| | | | | 343.20 | 17891 | 05/29/03 |
| | | | | 459.54 | 17892 | 05/29/03 |
| | | | | 468.80 | 17893 | 05/29/03 |
| | | | | 242.00 | 17894 | 05/29/03 |
| | | | | 577.28 | 17895 | 05/29/03 |
| | | | | 488.00 | 17896 | 05/29/03 |
| | | | | 2,436.00 | 17897 | 05/29/03 |
| | | | | 5,559.00 | 17898 | 05/29/03 |
| | | | | 439.20 | 17899 | 05/29/03 |
| | | | | 400.40 | 17900 | 05/29/03 |
| | | | | 1,426.88 | 17901 | 05/29/03 |
| | | | | 2,006.40 | 17902 | 05/29/03 |
| | | | | 239.40 | 17903 | 05/29/03 |
| | | | | 702.00 | 17904 | 05/29/03 |
| | | | | 805.20 | 17905 | 05/29/03 |
| | | | | 728.00 | 17906 | 05/29/03 |
| | | | | 328.80 | 17907 | 05/29/03 |
| | | | | 2,781.00 | 17908 | 05/29/03 |
| | | | | 296.00 | 17909 | 05/29/03 |
| | | | | 229.50 | 17910 | 05/29/03 |
| | | | | 988.40 | 17911 | 05/29/03 |
| | | | | 192.00 | 17912 | 05/29/03 |
| | | | | 227.50 | 17913 | 05/29/03 |
| | | | | 4,452.00 | 17914 | 05/29/03 |
| | | | | 260.82 | 17915 | 05/29/03 |
| | | | | 4,766.40 | 17916 | 05/29/03 |
| | | | | 13,124.16 | 17917 | 05/30/03 |
| | | | | 8,088.60 | 17918 | 05/30/03 |
| | | | | 334.44 | 17919 | 05/30/03 |
| | | | | 175.56 | 17920 | 05/30/03 |
| | | | | 1,066.80 | 17921 | 05/30/03 |
| | | | | 658.33 | 17922 | 05/30/03 |
| | | | | 2,435.40 | 17923 | 05/30/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 759516 (cont) | 06/09/03 | 06/11/03 | | 811.80 | 17924 | 05/30/03 |
| | | | | 3,676.40 | 17925 | 05/30/03 |
| | | | | 5,905.60 | 17926 | 05/30/03 |
| | | | | 2,280.00 | 17927 | 05/30/03 |
| | | | | 1,948.00 | 17928 | 05/30/03 |
| | | | | 2,976.60 | 17929 | 05/30/03 |
| | | | | 218.28 | 17930 | 05/30/03 |
| | | | | 545.40 | 17931 | 05/30/03 |
| | | | | 343.20 | 17932 | 05/30/03 |
| | | | | 697.50 | 17933 | 05/30/03 |
| | | | | 1,547.80 | 17934 | 05/30/03 |
| | | | | 1,782.00 | 17935 | 05/30/03 |
| | | | | 727.60 | 17936 | 05/30/03 |
| | | | | 7,435.80 | 17937 | 05/30/03 |
| | | | | 1,029.60 | 17938 | 05/30/03 |
| | | | | 1,129.60 | 17939 | 05/30/03 |
| | | | | 552.00 | 17940 | 05/30/03 |
| | | | | 303.50 | 17941 | 05/30/03 |
| | | | | 315.00 | 17942 | 05/30/03 |
| | | | | 351.12 | 17943 | 05/30/03 |
| | | | | 782.46 | 17944 | 05/30/03 |
| | | | | 1,073.60 | 17945 | 05/30/03 |
| | | | | 459.54 | 17946 | 05/30/03 |
| | | | | 600.60 | 17947 | 05/30/03 |
| | | | | 327.24 | 17948 | 05/30/03 |
| | | | | 1,641.60 | 17949 | 05/30/03 |
| | | | | 1,867.04 | 17950 | 05/30/03 |
| | | | | 2,031.36 | 17951 | 05/30/03 |
| | | | | 792.30 | 17952 | 05/30/03 |
| | | | | 977.50 | 17953 | 05/30/03 |
| | | | | 364.56 | 17954 | 05/30/03 |
| | | | | 294.96 | 17955 | 05/30/03 |
| | | | | 793.20 | 17956 | 05/30/03 |
| | | | | 921.60 | 17957 | 05/30/03 |
| | | | | 754.11 | 17958 | 05/30/03 |
| | | | | 1,071.60 | 17959 | 05/30/03 |
| | | | | 975.56 | 17960 | 05/30/03 |
| | | | | 668.88 | 17961 | 05/30/03 |
| | | | | 526.68 | 17962 | 05/30/03 |
| | | | | 1,522.00 | 17963 | 05/30/03 |
| | | | | 1,317.60 | 17964 | 05/30/03 |
| | | | | 2,108.75 | 17965 | 05/30/03 |
| | | | | 812.00 | 17966 | 05/30/03 |
| | | | | 1,192.00 | 17967 | 05/30/03 |
| | | | | 992.00 | 17968 | 05/30/03 |
| | | | | 871.40 | 17969 | 05/30/03 |
| | | | | 3,984.84 | 17970 | 05/30/03 |
| | | | | 250.04 | 17971 | 05/30/03 |
| | | | | 633.40 | 17972 | 05/30/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 759516 (cont) | 06/09/03 | 06/11/03 | | 114.40 | 17973 | 05/30/03 |
| | | | | 146.30 | 17974 | 05/30/03 |
| | | | | 414.40 | 17975 | 05/30/03 |
| | | | | 340.40 | 17976 | 05/30/03 |
| | | | | 146.30 | 17977 | 05/30/03 |
| | | | | 1,012.80 | 17978 | 05/30/03 |
| | | | | 217.20 | 17979 | 05/30/03 |
| | | | | 144.30 | 17980 | 05/30/03 |
| | | | | 145.80 | 17981 | 05/30/03 |
| | | | | 324.96 | 17982 | 05/30/03 |
| | | | | 152.90 | 17983 | 05/30/03 |
| | | | | 2,379.60 | 17984 | 05/30/03 |
| | | | | 333.60 | 17985 | 05/30/03 |
| | | | | 1,836.00 | 17986 | 05/30/03 |
| | | | | 192.00 | 17987 | 05/30/03 |
| | | | | 192.00 | 17988 | 05/30/03 |
| | | | | 247.65 | 17989 | 05/30/03 |
| | | | | 1,012.80 | 17990 | 05/30/03 |
| | | | | 1,012.80 | 17991 | 05/30/03 |
| | | | | 1,028.80 | 17992 | 05/30/03 |
| | | | | 507.60 | 17993 | 05/30/03 |
| | | | | 608.40 | 17994 | 05/30/03 |
| | | | | 2,389.02 | 17995 | 05/30/03 |
| | | | | 357.20 | 17996 | 05/30/03 |
| | | | | 275.40 | 17997 | 05/30/03 |
| | | | | 1,026.00 | 17998 | 05/30/03 |
| | | | | 267.00 | 17999 | 05/30/03 |
| | | | | 896.40 | 18000 | 05/30/03 |
| | | | | 448.20 | 18001 | 05/30/03 |
| | | | | 328.80 | 18002 | 05/30/03 |
| | | | | 350.20 | 18003 | 05/30/03 |
| | | | | 531.68 | 18004 | 05/30/03 |
| | | | | 1,564.92 | 18005 | 05/30/03 |
| | | | | 729.12 | 18006 | 05/30/03 |
| | | | | 282.80 | 18007 | 05/30/03 |
| | | | | 219.60 | 18008 | 05/30/03 |
| | | | | 1,675.20 | 18009 | 05/30/03 |
| | | | | 460.25 | 18010 | 05/30/03 |
| | | | | 976.00 | 18011 | 05/30/03 |
| | | | | 834.00 | 18012 | 05/30/03 |
| | | | | 1,251.00 | 18013 | 05/30/03 |
| | | | | 492.00 | 18014 | 05/30/03 |
| | | | | 801.00 | 18015 | 05/30/03 |
| | | | | 1,696.80 | 18016 | 05/30/03 |
| | | | | 519.20 | 18017 | 05/30/03 |
| | | | | 1,082.40 | 18018 | 05/30/03 |
| | | | | 3,344.00 | 18019 | 05/30/03 |
| | | | | 6,141.00 | 18020 | 05/30/03 |
| | | | | 400.50 | 18021 | 05/30/03 |