# **EXHIBIT "B" (Part 6 of 6)**

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 759516 (cont) | 06/09/03 | 06/11/03 | | 2,232.00 | 18022 | 05/30/03 |
| | | | | 408.00 | 18023 | 05/30/03 |
| | | | | 955.20 | 18024 | 05/30/03 |
| | | | | 3,039.40 | 18025 | 05/30/03 |
| | | | | 3,337.60 | 18026 | 05/30/03 |
| | | | | 5,488.84 | 18027 | 05/30/03 |
| | | | | 8,273.10 | 18028 | 05/30/03 |
| | | | | 2,844.80 | 18029 | 05/30/03 |
| | | | | 459.54 | 18030 | 05/30/03 |
| | | | | 510.30 | 18031 | 05/30/03 |
| | | | | 121.60 | 18032 | 05/30/03 |
| | | | | 4,498.62 | 18033 | 05/30/03 |
| | | | | 6,548.40 | 18034 | 05/30/03 |
| | | | | 1,954.80 | 18035 | 05/30/03 |
| | | | | 21,909.00 | 18036 | 05/30/03 |
| | | | | 3,534.44 | 18037 | 05/30/03 |
| | | | | 2,065.50 | 18038 | 05/30/03 |
| | | | | 1,012.80 | 18039 | 05/30/03 |
| | | | | 144.30 | 18040 | 05/30/03 |
| | | | | 12,060.00 | 18041 | 05/30/03 |
| | | | | 292.60 | 18042 | 05/30/03 |
| | | | | (211,667.65) | AGED INVEN | 05/30/03 |
| Total | | | 519,479.57 | 519,479.57 | | |
| 759742 | 06/10/03 | 06/13/03 | 428.80 | 305.80 | 16721 | 05/05/03 |
| | | | | 123.00 | 17271 | 05/13/03 |
| Total | | | 428.80 | 428.80 | | |
| 760030 | 06/12/03 | 06/16/03 | 68,509.32 | 68,509.32 | 17533 | 05/21/03 |
| Total | | | 68,509.32 | 68,509.32 | | |
| 760057 | 06/12/03 | 06/16/03 | 143,430.45 | 2,280.00 | 17784 | 05/28/03 |
| | | | | 2,006.40 | 17785 | 05/28/03 |
| | | | | 2,644.02 | 17786 | 05/28/03 |
| | | | | 17,181.09 | 17787 | 05/28/03 |
| | | | | 729.12 | 17788 | 05/28/03 |
| | | | | 2,194.08 | 17789 | 05/28/03 |
| | | | | 1,196.00 | 17790 | 05/28/03 |
| | | | | 401.64 | 17791 | 05/28/03 |
| | | | | 797.52 | 17792 | 05/28/03 |
| | | | | 930.00 | 17793 | 05/28/03 |
| | | | | 2,378.12 | 17794 | 05/28/03 |
| | | | | 1,652.40 | 17795 | 05/28/03 |
| | | | | 408.00 | 17796 | 05/28/03 |
| | | | | 1,625.00 | 17797 | 05/28/03 |
| | | | | 1,073.60 | 17798 | 05/28/03 |
| | | | | 434.40 | 17799 | 05/28/03 |
| | | | | 1,864.32 | 17800 | 05/28/03 |
| | | | | 1,864.32 | 17801 | 05/28/03 |
| | | | | 121.60 | 17802 | 05/28/03 |
| | | | | 1,204.92 | 17803 | 05/28/03 |
| | | | | 218.16 | 17804 | 05/28/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 760057 (cont) | 06/12/03 | 06/16/03 | | 1,395.66 | 17805 | 05/28/03 |
| | | | | 5,429.44 | 17806 | 05/28/03 |
| | | | | 492.80 | 17807 | 05/28/03 |
| | | | | 484.00 | 17808 | 05/28/03 |
| | | | | 983.60 | 17809 | 05/28/03 |
| | | | | 257.40 | 17810 | 05/28/03 |
| | | | | 4,172.00 | 17811 | 05/28/03 |
| | | | | 347.25 | 17812 | 05/28/03 |
| | | | | 2,754.00 | 17813 | 05/28/03 |
| | | | | 120.64 | 17814 | 05/28/03 |
| | | | | 3,798.83 | 17815 | 05/28/03 |
| | | | | 2,065.32 | 17816 | 05/28/03 |
| | | | | 4,017.00 | 17817 | 05/28/03 |
| | | | | 20,571.66 | 17818 | 05/28/03 |
| | | | | 251.24 | 17819 | 05/28/03 |
| | | | | 7,105.24 | 17820 | 05/28/03 |
| | | | | 4,284.80 | 17821 | 05/28/03 |
| | | | | 4,628.40 | 17822 | 05/28/03 |
| | | | | 432.90 | 17823 | 05/28/03 |
| | | | | 1,846.80 | 17824 | 05/28/03 |
| | | | | 4,905.00 | 17825 | 05/28/03 |
| | | | | 4,770.00 | 17826 | 05/28/03 |
| | | | | 3,174.72 | 17827 | 05/28/03 |
| | | | | 1,488.00 | 17828 | 05/28/03 |
| | | | | 571.80 | 17829 | 05/28/03 |
| | | | | 466.44 | 17830 | 05/28/03 |
| | | | | 11,037.80 | 17831 | 05/28/03 |
| | | | | 585.00 | 17832 | 05/28/03 |
| | | | | 10,028.00 | 17833 | 05/28/03 |
| | | | | (2,240.00) | 405 | 06/02/03 |
| Total | | | 143,430.45 | 143,430.45 | | |
| 17957 | 06/26/03 | 06/26/03 | 199,983.88 | 199,040.00 | 94SSI0255P | 05/12/03 |
| | | | | 782.00 | 94SSI0304P-AINTLWI | 06/09/03 |
| | | | | 104.92 | 94SSI0306INTLWIRE | 06/09/03 |
| | | | | 56.96 | 94SSI0317INTLWIRE | 06/09/03 |
| Total | | | 199,983.88 | 199,983.88 | | |
| 17974 | 07/01/03 | 07/01/03 | 337,417.20 | 600.00 | 94SSI0164P | 03/24/03 |
| | | | | 37,800.00 | 94SSI0252P | 05/12/03 |
| | | | | 886.96 | 94SS10304P-B | 06/09/03 |
| | | | | 2,764.80 | 94SSI0307P | 06/09/03 |
| | | | | 6,220.80 | 94SSI0309P | 06/09/03 |
| | | | | 4,838.40 | 94SSI0310P | 06/11/03 |
| | | | | 6,220.80 | 94SSI0334P | 06/14/03 |
| | | | | 3,801.60 | 94SSI0336P | 06/16/03 |
| | | | | 7,948.80 | 94SSI0337P | 06/16/03 |
| | | | | 6,220.80 | 94SSI0308P | 06/18/03 |
| | | | | 196,515.10 | 18358WIRE | 06/30/03 |
| | | | | 5,371.32 | 18360WIRE | 06/30/03 |
| | | | | 783.10 | PO2031744-043WIRE | 07/01/03 |

**Pillowtex Corporation Preference Analysis**
**Preference Period May 1, 2003 to July 30, 2003**
**Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.**

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 17974 (cont) | 07/01/03 | 07/01/03 | | 821.30 | PO2031744-044WIRE | 07/01/03 |
| | | | | 382.00 | PO2033283-024WIRE | 07/01/03 |
| | | | | 536.80 | PO2034167-009WIRE | 07/01/03 |
| | | | | 20,335.32 | PO2034604-002WIRE | 07/01/03 |
| | | | | 12,472.96 | PO2034604-003WIRE | 07/01/03 |
| | | | | 12,209.54 | PO2034604-004WIRE | 07/01/03 |
| | | | | 3,220.80 | PO2035056-003WIRE | 07/01/03 |
| | | | | 2,952.40 | PO2035056-004WIRE | 07/01/03 |
| | | | | 536.80 | PO2035056-005WIRE | 07/01/03 |
| | | | | 378.00 | PO2035068-004WIRE | 07/01/03 |
| | | | | 378.00 | PO2035068-005WIRE | 07/01/03 |
| | | | | 3,220.80 | PO2036120-001WIRE | 07/01/03 |
| Total | | | 337,417.20 | 337,417.20 | | |
| 17986 | 07/02/03 | 07/02/03 | 223,395.70 | 223,395.70 | 18359WIRE | 06/30/03 |
| Total | | | 223,395.70 | 223,395.70 | | |
| 18005 | 07/07/03 | 07/07/03 | 250,018.80 | 125.40 | 18043 | 06/03/03 |
| | | | | 390.00 | 18044 | 06/03/03 |
| | | | | 584.04 | 18045 | 06/03/03 |
| | | | | 3,262.56 | 18046 | 06/03/03 |
| | | | | 466.08 | 18047 | 06/03/03 |
| | | | | 466.08 | 18048 | 06/03/03 |
| | | | | 2,392.56 | 18049 | 06/03/03 |
| | | | | 8,772.72 | 18050 | 06/03/03 |
| | | | | 3,190.08 | 18051 | 06/03/03 |
| | | | | 466.08 | 18052 | 06/03/03 |
| | | | | 484.00 | 18053 | 06/03/03 |
| | | | | 229.77 | 18054 | 06/03/03 |
| | | | | 232.50 | 18055 | 06/03/03 |
| | | | | 350.00 | 18056 | 06/03/03 |
| | | | | 264.10 | 18057 | 06/03/03 |
| | | | | 250.20 | 18058 | 06/03/03 |
| | | | | 363.80 | 18059 | 06/03/03 |
| | | | | 278.00 | 18060 | 06/03/03 |
| | | | | 219.30 | 18061 | 06/03/03 |
| | | | | 1,286.00 | 18062 | 06/03/03 |
| | | | | 239.40 | 18063 | 06/03/03 |
| | | | | 1,005.90 | 18064 | 06/03/03 |
| | | | | 761.40 | 18065 | 06/03/03 |
| | | | | 7,628.80 | 18066 | 06/03/03 |
| | | | | 298.20 | 18067 | 06/03/03 |
| | | | | 988.40 | 18068 | 06/03/03 |
| | | | | 406.40 | 18069 | 06/03/03 |
| | | | | 812.80 | 18070 | 06/03/03 |
| | | | | 2,617.92 | 18071 | 06/03/03 |
| | | | | 3,126.50 | 18072 | 06/03/03 |
| | | | | 6,991.20 | 18073 | 06/03/03 |
| | | | | 398.76 | 18074 | 06/03/03 |
| | | | | 780.00 | 18075 | 06/03/03 |
| | | | | 1,219.20 | 18076 | 06/03/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 18005 (cont) | 07/07/03 | 07/07/03 | | 868.40 | 18077 | 06/03/03 |
| | | | | 400.80 | 18078 | 06/03/03 |
| | | | | 729.00 | 18079 | 06/03/03 |
| | | | | 264.10 | 18080 | 06/03/03 |
| | | | | 1,953.00 | 18081 | 06/04/03 |
| | | | | 712.20 | 18082 | 06/04/03 |
| | | | | 727.60 | 18083 | 06/04/03 |
| | | | | 478.80 | 18084 | 06/04/03 |
| | | | | 792.30 | 18085 | 06/04/03 |
| | | | | 1,624.00 | 18086 | 06/04/03 |
| | | | | 3,016.86 | 18087 | 06/04/03 |
| | | | | 2,376.40 | 18088 | 06/04/03 |
| | | | | 2,000.00 | 18089 | 06/04/03 |
| | | | | 1,265.25 | 18090 | 06/04/03 |
| | | | | 2,002.50 | 18091 | 06/04/03 |
| | | | | 446.40 | 18092 | 06/04/03 |
| | | | | 357.20 | 18093 | 06/04/03 |
| | | | | 1,485.42 | 18094 | 06/04/03 |
| | | | | 1,652.40 | 18095 | 06/04/03 |
| | | | | 229.77 | 18096 | 06/04/03 |
| | | | | 3,713.55 | 18097 | 06/04/03 |
| | | | | 369.00 | 18098 | 06/04/03 |
| | | | | 714.40 | 18099 | 06/04/03 |
| | | | | 5,068.50 | 18100 | 06/04/03 |
| | | | | 768.00 | 18101 | 06/04/03 |
| | | | | 3,588.00 | 18102 | 06/04/03 |
| | | | | 984.10 | 18103 | 06/04/03 |
| | | | | 2,226.00 | 18104 | 06/04/03 |
| | | | | 4,326.00 | 18105 | 06/04/03 |
| | | | | 548.60 | 18106 | 06/04/03 |
| | | | | 421.75 | 18107 | 06/04/03 |
| | | | | 1,672.00 | 18108 | 06/04/03 |
| | | | | 536.80 | 18109 | 06/04/03 |
| | | | | 488.00 | 18110 | 06/04/03 |
| | | | | 2,983.50 | 18111 | 06/04/03 |
| | | | | 234.00 | 18112 | 06/04/03 |
| | | | | 438.40 | 18113 | 06/04/03 |
| | | | | 152.90 | 18114 | 06/04/03 |
| | | | | 145.60 | 18115 | 06/04/03 |
| | | | | 254.40 | 18116 | 06/04/03 |
| | | | | 2,340.32 | 18117 | 06/04/03 |
| | | | | 260.82 | 18118 | 06/04/03 |
| | | | | 401.28 | 18119 | 06/04/03 |
| | | | | 2,006.40 | 18120 | 06/04/03 |
| | | | | 439.20 | 18121 | 06/04/03 |
| | | | | 303.80 | 18122 | 06/04/03 |
| | | | | 385.28 | 18123 | 06/04/03 |
| | | | | 474.25 | 18124 | 06/04/03 |
| | | | | 1,220.00 | 18125 | 06/04/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 18005 (cont) | 07/07/03 | 07/07/03 | | 20,664.60 | 18391WIRE | 07/07/03 |
| | | | | 60,185.40 | 18392WIRE | 07/07/03 |
| | | | | 56,973.40 | 18393WIRE | 07/07/03 |
| Total | | | 250,018.80 | 250,018.80 | | |
| 18024 | 07/09/03 | 07/09/03 | 327,264.07 | 1,150.00 | 03PTX-S027 | 05/30/03 |
| | | | | 1,066.00 | 03PTX-S028 | 06/05/03 |
| | | | | 528.20 | 18247 | 06/07/03 |
| | | | | 310.40 | 18248 | 06/07/03 |
| | | | | 250.20 | 18249 | 06/07/03 |
| | | | | 352.00 | 18250 | 06/07/03 |
| | | | | 435.60 | 18251 | 06/07/03 |
| | | | | 878.40 | 18252 | 06/07/03 |
| | | | | 1,000.80 | 18253 | 06/07/03 |
| | | | | 3,116.64 | 18254 | 06/07/03 |
| | | | | 802.56 | 18255 | 06/07/03 |
| | | | | 585.00 | 18256 | 06/07/03 |
| | | | | 401.10 | 18257 | 06/07/03 |
| | | | | 242.00 | 18258 | 06/07/03 |
| | | | | 280.80 | 18259 | 06/07/03 |
| | | | | 343.20 | 18260 | 06/07/03 |
| | | | | 40,800.00 | 18261 | 06/07/03 |
| | | | | 4,448.00 | 18157 | 06/09/03 |
| | | | | 2,675.20 | 18158 | 06/09/03 |
| | | | | 820.80 | 18159 | 06/09/03 |
| | | | | 1,401.40 | 18160 | 06/09/03 |
| | | | | 1,219.20 | 18161 | 06/09/03 |
| | | | | 363.80 | 18162 | 06/09/03 |
| | | | | 935.48 | 18163 | 06/09/03 |
| | | | | 630.00 | 18164 | 06/09/03 |
| | | | | 1,392.23 | 18165 | 06/09/03 |
| | | | | 1,038.50 | 18166 | 06/09/03 |
| | | | | 1,668.80 | 18167 | 06/09/03 |
| | | | | 1,335.00 | 18168 | 06/09/03 |
| | | | | 546.00 | 18169 | 06/09/03 |
| | | | | 960.50 | 18170 | 06/09/03 |
| | | | | 12,312.00 | 18171 | 06/09/03 |
| | | | | 175.56 | 18172 | 06/09/03 |
| | | | | 638.40 | 18173 | 06/09/03 |
| | | | | 1,869.00 | 18174 | 06/09/03 |
| | | | | 446.40 | 18175 | 06/09/03 |
| | | | | 519.20 | 18176 | 06/09/03 |
| | | | | 213.00 | 18177 | 06/09/03 |
| | | | | 369.00 | 18178 | 06/09/03 |
| | | | | 286.75 | 18179 | 06/09/03 |
| | | | | 264.10 | 18180 | 06/09/03 |
| | | | | 954.45 | 18181 | 06/09/03 |
| | | | | 1,056.00 | 18182 | 06/09/03 |
| | | | | 1,736.00 | 18183 | 06/09/03 |
| | | | | 3,733.20 | 18184 | 06/09/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 18024 (cont) | 07/09/03 | 07/09/03 | | 1,071.60 | 18185 | 06/09/03 |
| | | | | 287.28 | 18186 | 06/09/03 |
| | | | | 550.80 | 18187 | 06/09/03 |
| | | | | 1,417.40 | 18188 | 06/09/03 |
| | | | | 1,043.28 | 18189 | 06/09/03 |
| | | | | 1,524.80 | 18190 | 06/09/03 |
| | | | | 1,199.88 | 18191 | 06/09/03 |
| | | | | 946.56 | 18192 | 06/09/03 |
| | | | | 315.60 | 18193 | 06/09/03 |
| | | | | 417.96 | 18194 | 06/09/03 |
| | | | | 1,281.68 | 18195 | 06/09/03 |
| | | | | 438.90 | 18196 | 06/09/03 |
| | | | | 175.56 | 18197 | 06/09/03 |
| | | | | 1,070.16 | 18198 | 06/09/03 |
| | | | | 1,043.00 | 18199 | 06/09/03 |
| | | | | 279.68 | 18200 | 06/09/03 |
| | | | | 1,639.00 | 18201 | 06/09/03 |
| | | | | 244.00 | 18202 | 06/09/03 |
| | | | | 1,003.32 | 18203 | 06/09/03 |
| | | | | 279.00 | 18204 | 06/09/03 |
| | | | | 396.00 | 18208 | 06/09/03 |
| | | | | 244.00 | 18209 | 06/09/03 |
| | | | | 1,032.66 | 18210 | 06/09/03 |
| | | | | 192.00 | 18211 | 06/09/03 |
| | | | | 1,726.08 | 18212 | 06/09/03 |
| | | | | 7,301.00 | 18213 | 06/09/03 |
| | | | | 1,078.00 | 03PTX-S029 | 06/10/03 |
| | | | | 22,464.00 | 94SSI0340P | 06/16/03 |
| | | | | 7,948.80 | 94SSI0335P | 06/16/03 |
| | | | | 19,353.60 | 94SSI0341PINTLWIRE | 06/16/03 |
| | | | | 23,500.80 | 94SSI0342P | 06/16/03 |
| | | | | 371.00 | 94SSI0352P | 06/16/03 |
| | | | | 149.00 | 03PTX-S030 | 06/20/03 |
| | | | | 470.00 | 03PTX-S031 | 06/25/03 |
| | | | | 347.25 | 18408WIRE | 07/09/03 |
| | | | | 1,555.40 | 18409WIRE | 07/09/03 |
| | | | | 23,409.00 | 18410WIRE | 07/09/03 |
| | | | | 285.60 | 18411WIRE | 07/09/03 |
| | | | | 4,468.76 | 18412WIRE | 07/09/03 |
| | | | | 2,607.57 | 18413WIRE | 07/09/03 |
| | | | | 52,326.00 | 18414WIRE | 07/09/03 |
| | | | | 2,329.65 | 18415WIRE | 07/09/03 |
| | | | | 6,510.92 | 18416WIRE | 07/09/03 |
| | | | | 6,174.45 | 18417WIRE | 07/09/03 |
| | | | | 7,587.20 | 18418WIRE | 07/09/03 |
| | | | | 20,655.00 | 18419WIRE | 07/09/03 |
| **Total** | | | **327,264.07** | **327,264.07** | | |
| *761761 | 07/08/03 | 07/08/03 | 398,794.98 | 732.00 | 18126 | 06/04/03 |
| | | | | 1,537.20 | 18127 | 06/04/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| *761761 (cont) | 07/08/03 | 07/08/03 | | 357.20 | 18128 | 06/04/03 |
| | | | | 2,912.00 | 18129 | 06/04/03 |
| | | | | 242.00 | 18130 | 06/04/03 |
| | | | | 438.60 | 18131 | 06/04/03 |
| | | | | 3,513.60 | 18132 | 06/04/03 |
| | | | | 1,390.50 | 18133 | 06/04/03 |
| | | | | 1,431.00 | 18134 | 06/04/03 |
| | | | | 296.00 | 18135 | 06/04/03 |
| | | | | 254.40 | 18136 | 06/04/03 |
| | | | | 824.81 | 18137 | 06/04/03 |
| | | | | 2,452.50 | 18138 | 06/04/03 |
| | | | | 227.50 | 18139 | 06/04/03 |
| | | | | 2,492.10 | 18140 | 06/04/03 |
| | | | | 1,733.40 | 18141 | 06/04/03 |
| | | | | 310.60 | 18142 | 06/05/03 |
| | | | | 339.34 | 18143 | 06/06/03 |
| | | | | 38,167.20 | 18144 | 06/06/03 |
| | | | | 868.40 | 18145 | 06/06/03 |
| | | | | 200.00 | 18146 | 06/06/03 |
| | | | | 334.44 | 18147 | 06/06/03 |
| | | | | 1,211.42 | 18148 | 06/06/03 |
| | | | | 2,507.00 | 18149 | 06/06/03 |
| | | | | 17,938.00 | 18150 | 06/06/03 |
| | | | | 1,736.00 | 18151 | 06/06/03 |
| | | | | 6,448.00 | 18152 | 06/06/03 |
| | | | | 3,247.20 | 18153 | 06/06/03 |
| | | | | 304.00 | 18154 | 06/06/03 |
| | | | | 608.00 | 18155 | 06/06/03 |
| | | | | 492.00 | 18214 | 06/07/03 |
| | | | | 1,091.40 | 18215 | 06/07/03 |
| | | | | 434.20 | 18216 | 06/07/03 |
| | | | | 406.40 | 18217 | 06/07/03 |
| | | | | 1,201.50 | 18218 | 06/07/03 |
| | | | | 406.00 | 18219 | 06/07/03 |
| | | | | 406.40 | 18220 | 06/07/03 |
| | | | | 489.60 | 18221 | 06/07/03 |
| | | | | 270.60 | 18222 | 06/07/03 |
| | | | | 1,111.38 | 18223 | 06/07/03 |
| | | | | 3,720.00 | 18224 | 06/07/03 |
| | | | | 421.75 | 18225 | 06/07/03 |
| | | | | 1,652.40 | 18226 | 06/07/03 |
| | | | | 253.80 | 18227 | 06/07/03 |
| | | | | 233.04 | 18228 | 06/07/03 |
| | | | | 1,950.60 | 18229 | 06/07/03 |
| | | | | 138.90 | 18230 | 06/07/03 |
| | | | | 182.42 | 18231 | 06/07/03 |
| | | | | 3,009.60 | 18232 | 06/07/03 |
| | | | | 22,195.20 | 18233 | 06/07/03 |
| | | | | 414.40 | 18234 | 06/07/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| *761761 (cont) | 07/08/03 | 07/08/03 | | 1,218.00 | 18235 | 06/07/03 |
| | | | | 37,141.20 | 18236 | 06/07/03 |
| | | | | 256.50 | 18237 | 06/07/03 |
| | | | | 1,129.60 | 18238 | 06/07/03 |
| | | | | 712.20 | 18239 | 06/07/03 |
| | | | | 777.60 | 18240 | 06/07/03 |
| | | | | 288.60 | 18241 | 06/07/03 |
| | | | | 145.50 | 18242 | 06/07/03 |
| | | | | 988.40 | 18243 | 06/07/03 |
| | | | | 146.30 | 18244 | 06/07/03 |
| | | | | 2,544.00 | 18245 | 06/07/03 |
| | | | | 557.14 | 18246 | 06/07/03 |
| | | | | 9,465.60 | 18156 | 06/09/03 |
| Total | | | 398,794.98 | 190,906.64 | | |
| 18034 | 07/10/03 | 07/10/03 | 317,041.57 | 0.50 | 03PTX-S027 | 05/30/03 |
| | | | | 134,400.00 | 18207 | 06/09/03 |
| | | | | 0.08 | 94SSI0352P | 06/16/03 |
| | | | | 985.60 | 18421WIRE | 07/10/03 |
| | | | | 3,203.20 | 18422WIRE | 07/10/03 |
| | | | | 1,535.10 | 18423WIRE | 07/10/03 |
| | | | | 4,614.72 | 18424WIRE | 07/10/03 |
| | | | | 9,824.40 | 18425WIRE | 07/10/03 |
| | | | | 351.00 | 18426WIRE | 07/10/03 |
| | | | | 4,650.12 | 18427WIRE | 07/10/03 |
| | | | | 1,239.00 | 18428WIRE | 07/10/03 |
| | | | | 19,619.60 | 18429WIRE | 07/10/03 |
| | | | | 12,599.02 | 18430WIRE | 07/10/03 |
| | | | | 1,284.56 | 18431WIRE | 07/10/03 |
| | | | | 417.20 | 18432WIRE | 07/10/03 |
| | | | | 930.00 | 18433WIRE | 07/10/03 |
| | | | | 918.72 | 18434WIRE | 07/10/03 |
| | | | | 1,950.60 | 18435WIRE | 07/10/03 |
| | | | | 484.00 | 18436WIRE | 07/10/03 |
| | | | | 1,378.62 | 18437WIRE | 07/10/03 |
| | | | | 14,387.04 | 18438WIRE | 07/10/03 |
| | | | | 1,603.20 | 18439WIRE | 07/10/03 |
| | | | | 573.50 | 18440WIRE | 07/10/03 |
| | | | | 3,611.52 | 18441WIRE | 07/10/03 |
| | | | | 3,526.11 | 18442WIRE | 07/10/03 |
| | | | | 3,256.50 | 18443WIRE | 07/10/03 |
| | | | | 4,576.06 | 18444WIRE | 07/10/03 |
| | | | | 826.00 | 18445WIRE | 07/10/03 |
| | | | | 2,002.00 | 18446WIRE | 07/10/03 |
| | | | | 330.60 | 18447WIRE | 07/10/03 |
| | | | | 868.40 | 18448WIRE | 07/10/03 |
| | | | | 2,178.00 | 18449WIRE | 07/10/03 |
| | | | | 7,423.68 | 18450WIRE | 07/10/03 |
| | | | | 8,742.00 | 18451WIRE | 07/10/03 |
| | | | | 400.80 | 18452WIRE | 07/10/03 |
| | | | | 2,251.48 | 18453WIRE | 07/10/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 18034 (cont) | 07/10/03 | 07/10/03 | | 2,123.87 | 18454WIRE | 07/10/03 |
| | | | | 3,159.00 | 18455WIRE | 07/10/03 |
| | | | | 43,271.52 | 18456WIRE | 07/10/03 |
| | | | | 306.24 | 18457WIRE | 07/10/03 |
| | | | | 1,148.85 | 18458WIRE | 07/10/03 |
| | | | | 1,210.00 | 18459WIRE | 07/10/03 |
| | | | | 5,818.56 | 18460WIRE | 07/10/03 |
| | | | | 1,860.00 | 18461WIRE | 07/10/03 |
| | | | | 602.46 | 18462WIRE | 07/10/03 |
| | | | | 598.14 | 18463WIRE | 07/10/03 |
| | Total | | 317,041.57 | 317,041.57 | | |
| 18115 | 07/22/03 | 07/22/03 | 87,946.04 | 2,240.00 | 00405 PAYBACK | 06/02/03 |
| | | | | 4,406.40 | 18262 | 06/07/03 |
| | | | | 219.60 | 18263 | 06/07/03 |
| | | | | 304.20 | 18264 | 06/07/03 |
| | | | | 310.40 | 18265 | 06/07/03 |
| | | | | 4,050.40 | 18266 | 06/07/03 |
| | | | | 363.80 | 18267 | 06/07/03 |
| | | | | 184.00 | 18268 | 06/07/03 |
| | | | | 6,448.20 | 18269 | 06/07/03 |
| | | | | 5,454.90 | 18272 | 06/07/03 |
| | | | | 419.94 | 18273 | 06/07/03 |
| | | | | 2,952.40 | 18274 | 06/07/03 |
| | | | | 10,368.00 | 94SSI0343P | 06/16/03 |
| | | | | 345.60 | 94SSI0343P-BALANCE | 06/16/03 |
| | | | | (9,724.58) | 68180 | 06/24/03 |
| | | | | (373.25) | 68260 | 07/01/03 |
| | | | | 2,771.36 | 18464WIRE | 07/22/03 |
| | | | | 792.30 | 18465WIRE | 07/22/03 |
| | | | | 2,047.52 | 18466WIRE | 07/22/03 |
| | | | | 547.20 | 18467WIRE | 07/22/03 |
| | | | | 2,324.38 | 18468WIRE | 07/22/03 |
| | | | | 1,636.20 | 18469WIRE | 07/22/03 |
| | | | | 501.20 | 18470WIRE | 07/22/03 |
| | | | | 792.30 | 18471WIRE | 07/22/03 |
| | | | | 556.00 | 18472WIRE | 07/22/03 |
| | | | | 1,000.80 | 18473WIRE | 07/22/03 |
| | | | | 1,026.00 | 18475WIRE | 07/22/03 |
| | | | | 1,320.50 | 18476WIRE | 07/22/03 |
| | | | | 153.40 | 18477WIRE | 07/22/03 |
| | | | | 1,458.00 | 18478WIRE | 07/22/03 |
| | | | | 7,042.28 | 18479WIRE | 07/22/03 |
| | | | | 501.20 | 18480WIRE | 07/22/03 |
| | | | | 545.40 | 18481WIRE | 07/22/03 |
| | | | | 1,436.40 | 18482WIRE | 07/22/03 |
| | | | | 547.20 | 18483WIRE | 07/22/03 |
| | | | | 21,986.00 | 18484WIRE | 07/22/03 |
| | | | | 3,697.40 | 18485WIRE | 07/22/03 |
| | | | | 5,199.79 | 18486WIRE | 07/22/03 |
| | | | | 2,093.20 | 18487WIRE | 07/22/03 |

Pillowtex Corporation Preference Analysis
Preference Period May 1, 2003 to July 30, 2003
Vendor Name: Season Spirit Inc., 17800 Castleton St-Ste 610, City of Industry, CA 91748; Contact: Larry Wang.

| CHECK/WIRE NUMBER | CHECK DATE | CLEAR DATE | CHECK AMOUNT | INVOICE AMOUNT | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| 18115 Total | | | 87,946.04 | 87,946.04 | | |
| 18122 | 07/23/03 | 07/23/03 | 10,097.83 | 9,724.58 | 68180 D.P. | 06/24/03 |
| | | | | 373.25 | 68260 D.P. | 07/01/03 |
| Total | | | 10,097.83 | 10,097.83 | | |
| Grand Total | | | 7,903,136.16 | 7,695,247.82 | | |

\* This check amount includes payments made on multiple invoices, however,
the Committee is only seeking recovery on those payments that constitute a Preference.